William Lightner
IDOC #41438
Hospital N. Dr #23
Orofino, Id 83544

Petitioner,

U.S. COURTS
02 SEP 12 PM 3:55
CAMERON S. BURKE
CLERK IDAHO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| William Lightner et al. Plaintiff, | Case No. CIV 81-01165-S-ESL |
| v. | Request to Reopen Balla v. State of ID. 656 F. Supp 1108 (at 1120) |
| STATE OF IDAHO Idaho Dept. of Corrections Defendants, | |

COMES NOW William Lightner in the above entitled matter to request the court to examin the conditions of confinment for PC inmates. To hold violators of the already established guidelines in this courts ordered conditions as contempt of Court.

FACTS

There are approximatly 64 PC inmates being housed on Tier A1 at ICI-O living under the following conditions.

ICI-O Correctional staff verbally admit that the State is not in compliance with the court ordered living conditions for PC inmates, (Balla v. Board of Corrections.) Furthermore, they do not plan to make changes to be in compliance.



426

# ISSUES AND CONDITIONS IN QUESTION.

## ISSUE I Programming

The parole Board requires programming to be eligable for parole. Yet IDOC denies inmates in PC the ability to take the required programs. This bars them from any chance of Rehabilitation, and denies them a liberty interest in any parole hearing promoting recidivism

## ISSUE II Mass Punishment

Inmates in PC recieve Mass Punishment. Because of a fight between 4 inmates, The PC tier has been locked down 20 hrs per day for over a year and a half. Whenever a single inmate violates a rule the entire tier is subject to Punishment.

Although some things are privileges and not rights, when those privileges are taken away, it is Punishment.

Inmates in PC are there from being victims in some way themselves. Its intended for their protection. Yet whenever moved, PC inmates are handcuffed and belly chained, thereby eliminating any chance of them being able to defend themselves if need be. Its a form of punishment that points those inmates out like a bullseye to the rest of population, and hinders a PC inmates ability to leave PC.

## ISSUE III Rec Yard

Inmates in PC are allowed between 1½ to 2 hrs of Rec each day. The problem is that the rec provided takes place in a completely surrounded concrete courtyard meant for detention inmates, who will not be using it for more than 30 days.

Inmates in PC Never get the outdoor Rec, nor get to use the weight room, To never see the outside is psychologically damaging.

## ISSUE IV Cell time

Inmates in PC are double celled at 200% and locked within those cells 20 hrs per day. This includes inmates on psycotropic medication, and even those listed on suicide watch.

PC Cells are approximately 13' x 7 feet in size, with approximately 11.5' x 5.8' of unoccupied or un encumbered floor space. This is way below standards for a 2 person cell being locked in 20 hrs per day.

Inmates in PC are forced to eat their meals in this confined space either on their bunks, or sitting on the floor, This also being in the general vacinity of the bathroom facilities. Although the dayroom tables are available, PC inmates are not allowed to eat at them.

## ISSUE V Religious Services

Although a midweek Bible study Program is provided, PC inmates are prohibited from attending their denominational (or Any) Regular Sunday Church services for spiritual worship. PC inmates are also Barred from attending Special Religious group Meetings. such as concerts of praise and worship.

## ISSUE VI Education

Inmates in PC do not receive an equal opportunity for education. The classes available and times of study are limited. PC inmates are alloted no classes using computer of any Kind.

PC inmates are not allowed access to the library. If a book is requested by title or Author it will be deliverd. Yet most PC inmates do not have a title or Author memorized by name to request. Without being able to see the books, or have a listing of what is available it is difficult to get a book you want. Most readers who can name a particular book by title and Author have probably already read that book.

## ISSUE VII Privacy Rights

That inmates on the PC Tier are denied their right to privacy from officers of the opposite sex when showering, changing, using the Bathroom facilities, or while in other states of undress. That while Correctional officers of the opposite sex frequently tour the PC tier, the PC inmates are prohibited from blocking the windows while in a state of undress, This gives those officers numerous opportunities daily to view inmates in a state of undress.

## ISSUE VIII Mental Stress

That with the above named conditions PC inmates have to indure much mental stress and psychological damage, This creates an aggravated state both physically and mentally for PC inmates that can lead to negative behavior With some inmates, this created mental stress can lead to physical harm to self or others if not corrected.

# Additional Information

A large percentage of the inmates at ICI-O in general population were once in PC themselves. Orofino is Known across the State as a PC institution. This does not mean that every inmate is or has been in PC, but many have.

Generally speaking, there is not much difference between the inmates on Unit A1 as PC and other tiers of Orofino. An estimate of ½ of the tier would check out of PC if allowed to stay at Orofino. Yet many remain because of close custody Points and don't want to be housed in Max. Others, because of trouble with inmates at ISCI or ICC and just don't want to be sent back to a Boise facility.

When the issues of this petition were brought to the attention of staff, I was told to file. LT Thomason stated that she encouraged me to file, that it helps everybody. The inmates in PC can get better living conditions while the prison system can get additional funds. She said "We encourage you to file, its the tax payers that pay, not us!" "With additional money we could do all Kinds of things."

# Conclusion

The Petitioner requests that the case of Balla v. ~~The Idaho State Board of Corrections~~ State of IDAHO be reopened, to investigate and make changes in the conditions of living for pc inmates to include

1- Adequate programming
2- A stop of Mass Punishment
3- Scheduled Rec Yard and Weight room for PC
4- Open cells and Dayroom from 7:00 AM to 11:00 PM
5- Sunday Morning Worship services.
6- Equal Education opportunity to general population
7- To be allowed to block windows when in a state of undress
8- To reduce damaging psychological stress

Request for an open hearing on these issues, and that counsel be appointed in representation of these issues. Further sayeth this Petitioner.

William Lighth[signature]
William Lightner #41438

Subscribed and sworn to before me. MARCIA Lightner POA of William Lightner

prison would not notarize

~~Notary Public for Idaho~~
~~Residing at~~ ______
~~Comm expires~~ ______

Request to Reopen Balla v. STATE of Idaho