LAWRENCE G. WASDEN
ATTORNEY GENERAL OF IDAHO

TIMOTHY R. McNEESE, ISB # 2589
Lead Deputy Attorney General
Idaho Department of Correction

PAUL R. PANTHER, ISB # 3981
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
P.O. Box 83720
Boise, Idaho 83720-0018
Telephone (208) 658-2097

Attorneys for IDOC Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS HARGIS, ) | |
| ) | CASE NO. CV98-510-N-MHW |
| Plaintiff, ) | |
| ) | MOTION TO FILE AFFIDAVIT |
| v. ) | OF OLIVIA CRAVEN UNDER SEAL |
| ) | |
| PHIL FOSTER, et. al, ) | |
| ) | |
| Defendants. ) | |

COME NOW the Defendants, by and through their undersigned counsel, and submit this motion for an order allowing Defendants to file the Affidavit of Olivia Craven under seal.

At the show cause hearing in this case on June 2, 2004, the Court directed the filing of an affidavit by Olivia Craven, director of the Idaho Commission for Pardons and Parole. That affidavit deals with a matter that arose our of a Consent Order in this case, which was filed under seal.

MOTION TO FILE AFFIDAVIT OF OLIVIA CRAVEN UNDER SEAL - 1
Hargis510 motion to file affidavit of olivia craven under seal

Accordingly, the pre-eminent privacy interests of the prisoners named therein, Defendants request permission to file Ms. Craven's' affidavit under seal. Defendants will submit a proposed order via email to the Court.

RESPECTFULLY SUBMITTED this 7th day of June, 2005.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


_____
PAUL R. PANTHER
DEPUTY ATTORNEY GENERAL
IDAHO DEPARTMENT OF CORRECTION

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7TH day of June 2005, I caused to be served a true and correct copy of the foregoing MOTION TO FILE AFFIDAVIT OF OLIVIA CRAVEN UNDER SEAL on:

| | | |
|---|---|---|
| Gregory M. Miller<br>220 College Club Building<br>505 Madison Street<br>Seattle, WA 98104 | Via: | [ ] Personal service<br>[ ] Certified mail<br>[ ] First class mail<br>[ ] Overnight mail<br>[ ] Facsimile<br>[ ] Prison mail system |
| Chris Hargis #38933<br>IMSI<br>P.O. Box 51<br>Boise, ID 83707 | Via: | [ ] Personal service<br>[ ] Certified mail<br>[ ] First class mail<br>[ ] Overnight mail<br>[ ] Facsimile<br>[ ] Prison mail system |

_____
PAUL R. PANTHER

MOTION TO FILE AFFIDAVIT OF OLIVIA CRAVEN UNDER SEAL - 3
Hargis510 motion to file affidavit of olivia craven under seal