<u>CIVIL PROCEEDINGS</u> - Settlement Conference

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David O. Carter  
Case No.  10-cv-00313-WBS  
Place: Boise, Idaho  

Date:   May 15, 2012  
Deputy Clerk:   Sherri O'Larey  
Time: 8:30 a.m. - 3:45 p.m.  
3:48 - 3:53  p.m. in Court

**<u>Gaub et al v. Professional Hospital Supply, Inc.</u>**

Counsel for Plaintiff: Allison M. Blackman and Jason Emerson Prince  
Also present: Lance Wood, Jesse Ybarra and Barry Searcy

Counsel  for Defendant: Mark A. Kubinski, Paul R. Panther  
Also present: Brent Reinke and Shane Evans

Settlement Conference held, parties appeared and negotiated under the direction and supervision of the Court.

Parties have agreed upon a Stipulated Motion to Modify Injunctive Relief.  Parties have signed the Stipulation, including the Balla Class Representatives, who signed in Court.

The Court inquired if all parties agreed that this will be a public document.  All agree.  Proposed order to be submitted to the Court.