IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IDAHO STATE BOARD OF CORRECTION, et al., <br><br> Defendants. | Case No. 1:81-cv-1165 -BLW <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Fourth Stipulation to Extend Deadline (Dkt. 880), the new deadline for execution of Addenda A and B will be extended to September 20, 2013.

DATED: July 12, 2013

B. Lynn Winmill
Chief Judge
United States District Court