J. Walter Sinclair, ISB # 2243
E-mail: *jwsinclair@stoel.com*
Jason E. Prince, ISB # 7227
E-mail: *jeprince@stoel.com*
Elijah M. Watkins, ISB # 8977
E-mail: *emwatkins@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone: (208) 389-9000
Fax: (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>      Defendants. | Case No. CV 81-1165-S-BLW<br><br>**UNOPPOSED MOTION TO REMOVE CLASS REPRESENTATIVE BARRY SEARCY AND APPOINT A CLASS REPRESENTATIVE** |

Plaintiffs, by and through their counsel of record, Stoel Rives LLP, hereby submit their Unopposed Motion to Remove Class Representative Barry Searcy and Appoint A Class Representative.

By its April 16, 2013 Order (Dkt. 872), this Court granted Plaintiffs' Unopposed Motion to Remove Class Representative Lance Wood (Dkt. 870).

On May 23, 2013, Class Representative Barry Searcy (inmate number 27413) notified undersigned counsel and the remaining class representatives that he had chosen to resign from his appointment as class representative. Class counsel has diligently attempted to persuade Mr.

**UNOPPOSED MOTION TO REMOVE CLASS REPRESENTATIVE BARRY SEARCY AND APPOINT A CLASS REPRESENTATIVE -1**

Searcy to reconsider, but Mr. Searcy is adamant that the time for his resignation has come. Therefore, Plaintiffs hereby move this Court for an order removing Mr. Searcy as a class representative in the above captioned matter.

The parties' May 15, 2012 Stipulated Motion to Modify Injunctive Relief ("May 15th Stipulation") (Dkt. 842), which this Court granted on June 11, 2012 (Dkt. 849), included a provision requiring a minimum of five (5) class representatives at ISCI.  (Dkt. 842, Section 8.6.) Pursuant to the terms of the May 15th Stipulation, remaining class representatives Keith Brown (inmate number 18291), John Maynard (inmate number 54248), and Albert Pete Veenstra (inmate number 21864) hereby submit Kent Ellis (inmate number 60074) (the "Proposed Class Representative") for appointment as a class representative.  An additional class representative will be proposed in the future.

The Proposed Class Representative, like Mr. Brown, Mr. Maynard, and Mr. Veenstra, has alleged he suffered injury from the conditions at ISCI in at least one of the following areas:  (1) medical care; (2) psychiatric care; (3) food conditions; (4) dietary care; (5) inmate classification system; (6) disciplinary process; (7) overcrowding and population cap issues; and (8) overall physical building conditions.  The Proposed Class Representative's alleged injuries are typical of the claims or defenses of the class, and it therefore appears the Proposed Class Representative should be able to fairly and adequately protect the interests of the class.

Defendants do not oppose this motion.

**UNOPPOSED MOTION TO REMOVE CLASS REPRESENTATIVE BARRY SEARCY AND APPOINT A CLASS REPRESENTATIVE - 2**

DATED: July 16, 2013.

>*/s/ Elijah M. Watkins*
>J. Walter Sinclair
>Jason E. Prince
>Elijah M. Watkins
>
>Attorneys for Plaintiffs

**UNOPPOSED MOTION TO REMOVE CLASS REPRESENTATIVE BARRY SEARCY AND APPOINT A CLASS REPRESENTATIVE - 3**

74015458.1 0063811-00001

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I served a copy of the foregoing **UNOPPOSED MOTION TO REMOVE CLASS REPRESENTATIVE BARRY SEARCY AND APPOINT A CLASS REPRESENTATIVE** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mark A. Kubinski - mkubinsk@idoc.idaho.gov

Colleen D. Zahn - colleen.zahn@ag.idaho.gov

      /s/ Elijah M. Watkins_____
      Elijah M. Watkins