UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER BALLA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>    Defendants. | Case No. 1:81-CV-1165-S-BLW<br><br>**ORDER OF TRANSPORT** |

A continuation of the settlement conference has been set in this matter on **Tuesday, August 6, 2013 at 8:30 a.m.** before the Honorable David O. Carter, United States District Judge for the Central District of California, sitting by special designation. The settlement conference shall be held at the James A. McClure Federal Building and United States Courthouse, 550 West Fort Street, on the 6th Floor, Courtroom #1.

It will be necessary for the Idaho Department of Correction (IDOC) to transport inmates John Maynard #54248, ISCI Unit 13; Albert (Pete) Veenstra III #21864, ISCI Unit 13; and Keith Brown # 18291, ISCI, Unit 9, on **Tuesday, August 6, 2013 to arrive at 8:00 a.m.** (30 minutes ahead of the 8:30 a.m. conference start time), and to be present for the conference and to remain until such time as his business before the Court has concluded. It will also be necessary for IDOC officials to provide a sack lunch each day for the inmates, any medications that they require, and any legal files that they deem necessary.

**Order of Transport - 1**

# ORDER

**IT IS ORDERED** that the Idaho Department of Correction officials shall take appropriate measures to transport inmates John Maynard #54248, ISCI Unit 13; Albert (Pete) Veenstra III #21864, ISCI Unit 13; and Keith Brown # 18291, ISCI,  Unit 9, on **Tuesday, August 6, 2013, to arrive at 8:00 a.m.** (30 minutes ahead of the 8:30 a.m. conference start time), with a sack lunch for each inmate, any necessary medication, and legal files, as outlined above. The inmates shall be transported to the James A. McClure Federal Building and United States Courthouse, 550 West Fort Street, 6th Floor, Courtroom #1, Boise, Idaho, and shall remain until their business with the Court has concluded.

If there are any questions regarding this Order, they should be directed to Susie Headlee at (208) 334-9067.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide notice to the following additional individuals by email:

U.S. Marshal Service

Jarod Cash
Idaho Department of Correction
jcash@idoc.idaho.gov

Vicki Bates
vbates@idoc.idaho.gov

**Order of Transport - 2**

Scott Thompson
sthompso@idoc.idaho.gov

DATED this 16th day of July, 2013.

_____
United States District Judge
for the Central District of California
Sitting by Special Designation

**Order of Transport - 3**