UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER BALLA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>    Defendants. | Case No. 1:81-CV-1165-S-BLW<br><br>**ORDER AND ORDER OF TRANSPORT** |

A hearing on the remaining issues to be included in Appendices A and B of the settlement in this case has been set for Tuesday, August 6, 2013, continuing to Wednesday, August 7, 2013, if necessary, before the Honorable David O. Carter, United States District Judge for the Central District of California, sitting by special designation. This Order will (1) change the start time for hearings on Tuesday; (2) add a short hearing at the start of the settlement conference on Tuesday on the issue of continuity of representation on the Plaintiffs' side; and (3) add two inmates to the group that must be transported to the hearing by the Idaho Department of Correction (IDOC). Because the hearing start time will change, the transport time for all inmates will also change.

**(1) & (2) - Hearing on continuity of representation on the Plaintiffs' side**

Recent changes in class counsel, as well as a request by Class Representative Barry Searcy to be removed from the case, raise the issue of the continuity of representation on the Plaintiffs' side. Therefore, the Court hereby requests that attorney Jason Prince attend

**Order and Order of Transport - 1**

the entirety of the hearings, and that attorney Allison Blackman attend the Tuesday session on the continuity of representation. Further, the Court orders that Class Representative Barry Searcy (inmate number 27413), ISCI Unit 13, and the Proposed Class Representative Kent Ellis[1] (inmate number 60074), ISCI Unit 13, both attend the Tuesday session on the continuity of representation.

**(3) Order of transport and change to transport time for all inmates**

It will be necessary for the Idaho Department of Correction (IDOC) to transport inmates Searcy and Ellis on Tuesday, August 6, 2013 to arrive at 7:30 a.m. This arrival time is 30 minutes ahead of a new 8 a.m. start time for all hearings that day. It will be necessary for the IDOC to be present for the conference and to remain until the inmates' business before the Court has concluded. It will also be necessary for IDOC officials to provide a sack lunch each day for the inmates, any medications that they require, and any legal files that they deem necessary. The Order (see below) lists all inmates to be transported to arrive at 7:30 a.m., and includes those inmates already covered in the Order at Docket Entry 886.

## ORDER

**IT IS ORDERED** that the Idaho Department of Correction officials shall take appropriate measures to transport inmates John Maynard #54248, ISCI Unit 13; Albert (Pete) Veenstra III #21864, ISCI Unit 13; Keith Brown # 18291, ISCI, Unit 9; Kent Ellis

---

[1] Ellis has been proposed by Class Plaintiffs in a pending unopposed motion (Dkt. 885).

**Order and Order of Transport - 2**

#60074, ISCI, Unit 13; and Barry Searcy #27413, ISCI, Unit 13, on Tuesday, August 6, 2013, to arrive at 7:30 a.m. (30 minutes ahead of the 8:00 a.m. hearing start time), with a sack lunch for each inmate, any necessary medication, and legal files, as outlined above. The inmates shall be transported to the James A. McClure Federal Building and United States Courthouse, 550 West Fort Street, 6th Floor, Courtroom #1, Boise, Idaho, and shall remain until their business with the Court has concluded.

If there are any questions regarding this Order, they should be directed to Susie Headlee at (208) 334-9067.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide notice to the following additional individuals by email:

U.S. Marshal Service

Jarod Cash, Idaho Department of Correction
jcash@idoc.idaho.gov

Vicki Bates, Idaho Department of Correction
vbates@idoc.idaho.gov

DATED this 26th day of July, 2013.

_____
United States District Judge
for the Central District of California
Sitting by Special Designation

**Order and Order of Transport - 3**