UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>        Defendants. | Case No. 1:81-cv-01165-BLW<br><br>**ORDER** |

      Pending before the Court are the following motions: (1) Plaintiffs' Unopposed Motion to Remove Class Representative Barry Searcy and Appoint a Class Representative (Dkt. 885); and (2) former class representative Alan Brandt's (inmate number 16679) Motion for Reinstatement as a Class Representative (Dkt. 887).

      The Court will deny without prejudice Plaintiff's request to remove Barry Searcy (inmate number 27413) as a class representative. Good cause appearing, however, the Court will grant Plaintiffs' request to add Kent Ellis (inmate number 60074) as a class representative.

      Finally, the Court will deny Mr. Brandt's Motion for Reinstatement as a Class Representative.

**ORDER - 1**

## ORDER

**IS IT ORDERED:**

1. Plaintiffs' Unopposed Motion to Remove Class Representative Barry Searcy and Appoint a Class Reprenstative (Dkt. 885) is GRANTED IN PART and DENIED IN PART. It is denied without prejudice as to Plaintiffs' request to remove Barry Searcy (inmate number 27413) as a class representative. It is granted as to Plaintiffs' request to add Kent Ellis (inmate number 60074) as a class representative.

2. Former class representative Alan Brandt's (inmate number 16679) Motion for Reinstatement as a Class Representative (Dkt. 887) is DENIED.

DATED: **August 6, 2013**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge