UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David O. Carter                                 Date: August 6, 2013
Case No. CV-81-1165-S-BLW                             Deputy Clerk: Susie Boring-Headlee
Time: 8:00 a.m. to 12:15 p.m.                         Reporter: Christine Rhodes

Noon Recess:    12:15 p.m. to 1:30 p.m.

Afternoon Session:    1:30 p.m. to 5:35 p.m.

**Balla v. State of Idaho**

      Counsel for Plaintiffs: J. Walter Sinclair, and Elijah M. Watkins, Stoel Rives, LLP; Former counsel Jason Prince, Holland & Hart; and Allison Blackman.

      Counsel for Defendants: Colleen D. Zahn, Office of the Attorney General, Civil Litigation Division, State of Idaho, and Mark A. Kubinski, Deputy Attorney General, Idaho Department of Correction, State of Idaho.

The Court held an in-person hearing on this date to finalize the unresolved aspects of Appendices A and B of the modified compliance plan, and to discuss the issue on Continuing Care. Additionally, a second in-person hearing will be held on Thursday, August 8, 2013 to discuss the issue of Unit 16, and whether Class Representatives should be allowed access to that unit.

Court recessed at 5:35 p.m. on August 6, 2013.