Pro Se Attorney
United States District Court
Dist. of Idaho
550 West Fort St. MSC 039
Boise, ID 83724-0039

August 21, 13th    Tuesday

Alan Brandt
#16679
ISCI - 11-B-44-A
P.O. Box 14
Boise, ID 83707

U.S. COURTS
AUG 22 2013
Revd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

RE: DKT listing #761 to current
    Balla Case 1:81-CV-1165-BLW

Could you please send me a up to date DKT listing starting with #761 to the current number?

Enclosed is a stamp envelope.

Thank You

Sincerely
Alan Brandt