UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David O. Carter                    Date: August 8, 2013
Case No. CV-81-1165-S-BLW                Deputy Clerk: Susie Boring-Headlee
Time: 12:07 p.m. – 12:40 p.m.            Reporter: Christie Valcich

**Balla v. State of Idaho**

    Counsel for Plaintiffs:   Elijah M. Watkins, Stoel Rives, LLP

    Counsel for Defendants: Colleen D. Zahn, Office of the Attorney General, Civil Litigation Division, State of Idaho, and Mark A. Kubinski, Deputy Attorney General, Idaho Department of Correction, State of Idaho

The Court held an in-person status conference this date to discuss the issue of the Balla Class Representatives admittance to Unit 16.

Court recessed at 12:40 p.m. on August 8, 2013.