J. Walter Sinclair, ISB # 2243
E-mail: *jwsinclair@stoel.com*
Elijah M. Watkins, ISB # 8977
E-mail: *emwatkins@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone:  (208) 389-9000
Fax:  (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>          Defendants. | Case No. CV 81-1165-S-BLW<br><br>**FIFTH STIPULATION TO EXTEND DEADLINE RE: DKT. 873** |

Plaintiffs Walter D. Balla, et al. and Defendants Idaho State Board of Correction, et al. (collectively the "Parties"), by and through their respective counsel, hereby stipulate and move this Court for an Order extending the deadline for the Parties to execute Addenda A and B, which shall comprise the Parties' Modified Compliance Plans, as agreed upon in the Parties' Stipulated Motion to Modify Injunctive Relief (Dkt. 842 at Section 4.1).  The Parties hereby respectfully request that the Court extend the parties' previously agreed upon September 20th deadline for the execution of Addenda A and B to thirty (30) days after the Court's issuance of its final order deciding the remaining Addenda A and B issues.  *See* Dkt. 873.  A proposed order is submitted herewith.

**FIFTH STIPULATION TO EXTEND DEADLINE RE: DKT. 873 -1**

Pursuant to District of Idaho Local Civil Rule 6.1(a), good cause for this extension exists as Judge Carter has yet to issue his final order and the Parties cannot finalize Addenda A and B until that time. A thirty day extension from the date of the final order, rather than a date certain, will obviate the need for additional motions to extend.

DATED: September 26, 2013.

                                            */s/ Elijah M. Watkins*
                                            J. Walter Sinclair
                                            Elijah M. Watkins

                                            Attorneys for Plaintiffs

DATED: September 26, 2013.

                                            */s/ Mark A. Kubinski*
                                            Mark A. Kubinski
                                            Colleen D. Zahn

                                            Attorneys for Defendants

# CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2013, I served a copy of the foregoing **FIFTH STIPULATION TO EXTEND DEADLINE RE: DKT. 873** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mark A. Kubinski
Deputy Attorney General
mkubinsk@idoc.idaho.gov
Idaho Department of Corrections

Colleen D. Zahn
Deputy Attorney General
colleen.zahn@ag.idaho.gov

                                                  */s/ Elijah M. Watkins*_____
                                                  Elijah M. Watkins