J. Walter Sinclair, ISB # 2243
E-mail: *jwsinclair@stoel.com*
Elijah M. Watkins, ISB # 8977
E-mail: *emwatkins@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone:  (208) 389-9000
Fax:  (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>　　　　Defendants. | Case No. CV 81-1165-S-BLW<br><br>**AMENDED CERTIFICATE OF SERVICE OF DOCUMENT 900** |

Document No. 900 was filed today October 24, 2013 and then sealed by the Court upon Plaintiffs' request.  I hereby certify that on October 24, 2013, I served a copy of Plaintiffs' Notice of Disaffirmance and Proceeding Under Protest Re: Court's Ordered Addenda A and B Injunctive Relief, Document 900 via email to:

Mark A. Kubinski - mkubinsk@idoc.idaho.gov
Colleen D. Zahn - colleen.zahn@ag.idaho.gov

Dated October 24, 2013.

　　　　　　　　　　　　　　　　　　　　*/s/ Elijah M. Watkins*
　　　　　　　　　　　　　　　　　　　　Elijah M. Watkins

**AMENDED CERTIFICATE OF SERVICE OF DOCUMENT 900  - Page 1**

74859451.1 0063811-00001

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2013, I served a copy of the foregoing **AMENDED CERTIFICATE OF SERVICE OF DOCUMENT 900** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mark A. Kubinski - mkubinsk@idoc.idaho.gov

Colleen D. Zahn - colleen.zahn@ag.idaho.gov

*/s/ Elijah M. Watkins*

**AMENDED CERTIFICATE OF SERVICE OF DOCUMENT 900  - Page 2**

74859451.1 0063811-00001