**LAWRENCE G. WASDEN**
ATTORNEY GENERAL OF IDAHO

**MARK A. KUBINSKI, ISB # 5275**
Lead Counsel, Corrections Section
Deputy Attorney General
Idaho Department of Correction
1299 N. Orchard St., Suite 110
Boise, Idaho  83706
Telephone: (208) 658-2097
Facsimile:  (208) 327-7485
Email:  mkubinsk@idoc.idaho.gov

**COLLEEN D. ZAHN, ISB # 6208**
Deputy Attorney General
Civil Litigation Division
954 W. Jefferson – 2nd Floor
PO Box 83720
Boise, Idaho  83720-0010
Telephone:  (208) 334-4137
Facsimile: (208) 854-8073
Email:  colleen.zahn@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>IDAHO STATE BOARD OF CORRECTION, *et al.*,<br><br>　　　　　Defendants. | **Case No.  CV 81-1165-S-BLW**<br><br>**CERTIFICATE OF SERVICE RE: DKT. 902** |

　　　　On October 25, 2013, the parties filed under seal Docket No. 902.  I hereby certify that on today's date, a true and correct copy of the documents constituting Docket No. 902 were served on Plantiffs' counsel, via email as follows:

**CERTIFICATE OF SERVICE RE: DKT. 902--1**

J. Walter Sinclair: jwsinclair@stoel.com
Elijah M. Watkins: emwatkins@stoel.com

Respectfully submitted this 25th day of October, 2013.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


/s/ Mark A. Kubinski
Mark A. Kubinski
Deputy Attorney General,
Counsel for Defendants


**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2013, I caused to be served a true and correct copy of the foregoing CERTIFICATE OF SERVICE RE: DKT. 902 on:

J. Walter Sinclair: jwsinclair@stoel.com
Elijah M. Watkins: emwatkins@stoel.com

*Via CM/ECF Electronic Notification*

/s/ Mark A. Kubinski
Mark A. Kubinski