IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al., | Case No. 1:81-CV-1165-BLW |
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO REMOVE CLASS REPRESENTATIVE ALBERT PETE VEENSTRA AND APPOINT CLASS REPRESENTATIVES** |
| IDAHO STATE BOARD OF CORRECTION, et al., | |
| Defendants. | |

Currently before the Court is the Parties' Joint Stipulation regarding removal and replacement of Class Representative Albert Pete Veenstra and to appoint a sixth class representative. Having reviewed the Joint Stipulation and good cause appearing therefore;

IT IS HEREBY ORDERED that David Johnson (inmate number 82887) will replace Alberta Pete Veenstra as Class Representative and that Kenneth Workman (inmate number 61342) is appointed as the sixth Class Representative.

DATED: January 29, 2015

B. Lynn Winmill
Chief Judge
United States District Court