# EXHIBIT E
# Part 4 of 4

### 6.27 Cooperation in Defense

The Contractor and the IDOC shall cooperate in defending claims filed against either of them. The settlement of any claim against the IDOC shall require the written consent of the IDOC, which consent shall not be unreasonably withheld and no settlement shall be effective without such written consent.

### 6.28 Additional Remedies Available to IDOC

The right to indemnification shall be in addition to, and not in lieu of, any remedy otherwise available to the IDOC. Any indemnification obligation is not diminished or limited in any way by the total limits of insurance required to be held by the Contractor. Indemnification of the IDOC shall not be construed to deny the IDOC any of the benefits of any law that limits exposure to liability or damages and the IDOC does not waive any immunity otherwise extended by law.

### 6.29 IDOC's Right of Offset

In the event that the IDOC is not fully indemnified as required, in addition to any other remedies available to the IDOC by law or in the contract, the IDOC may set off against monies owed to the Contractor an amount equal to any amount not indemnified by the Contractor or can otherwise claim the same as damages.

### 6.30 Confidential Information

The provisions of this subsection shall supplement and not replace section 25 of the State of Idaho Standard Contract Terms and Conditions. Confidential Information as defined in section 25 of the State of Idaho Standard Contract Terms and Conditions shall include but not be limited to certain IDOC SOPs and policies as identified in the contract, Offender medical records and information, Offender mental health records and information, and any other financial, personnel or other information that the IDOC regards as confidential and not subject to public disclosure pursuant to Idaho law, other applicable law, or as a matter of policy. The Contractor shall be liable for the disclosure of such information whether the disclosure is intentional, negligent or accidental, unless otherwise provided below. The Contractor shall defend and incur all costs, including reasonable attorney fees, for actions which arise as a result of noncompliance by the Contractor or its subcontractors regarding the Confidential Information restrictions herein.

### 6.31 Ownership of Intellectual Property

#### 6.31.1 Work Product
All Work Product shall belong to the IDOC and IDOC shall have unlimited access to all Work Product during the life of the contract. Contractor shall deliver and assign, and agrees to assign, all rights in and to Work Product it creates, produces, compiles, or develops to the IDOC as set forth in the contract.

If Contractor uses any Pre-Existing Intellectual Property in the development of any Work Product, Contractor shall grant to the IDOC a non-exclusive, royalty-free, worldwide, perpetual license, under Contractor's Intellectual Property Rights to copy, publicly perform, create derivative works from, display, make, sell, use, reproduce, modify, and adapt such as may be necessary for the IDOC to utilize the Work Product as contemplated by the contract.

Prior to the Service Commencement Date, Contractor shall disclose in writing to the IDOC items Contractor defines as Pre-Existing Intellectual Property that it intends or wishes to use attendant to its performance, and such disclosure, if acceptable to the IDOC, shall be scheduled as part of the contract to avoid mistake and uncertainty as to ownership of intellectual property.

Contractor may tender written requests for additions to the scheduled list of Pre-Existing Intellectual Property as Contractor's performance progresses. Otherwise, developed materials shall be deemed to be Work Product. Moreover, Contractor shall give the IDOC prompt notice if at any time Contractor knows of any third party claim to any intellectual property provided as Work Product by Contractor to the IDOC pursuant to the contract.

The obligations under this subsection 6.31.1, and other subparts of subsection 6.31 concerning Work Product shall continue perpetually and survive the termination or expiration of the contract.

### 6.31.2 Continued Right to Use or Replacement

To the extent that Contractor utilizes or relies upon the Intellectual Property Rights of a third party in fulfilling its obligations under the contract, Contractor shall provide the IDOC with whatever assurance the IDOC deems necessary that the use of such third party Intellectual Property Rights is permissible. In addition, in the event of failure to perform or breach of contract, Contractor shall ensure continued right of use of licensed intellectual property by the IDOC.

Should Work Product or Pre-Existing Intellectual Property become, or in the Contractor's opinion be likely to become, the subject of a claim of infringement of a United States patent, copyright, trade secret, or trademark, the IDOC shall permit the Contractor, at its option and expense, either to procure for the IDOC the right to continue using the Work Product and/or Pre-Existing Intellectual Property under the contract or to replace or modify the same provided under the contract so that it becomes non-infringing while still remaining acceptable to the IDOC relative to the IDOC's requirements under the contract.

The IDOC's acceptance of such replacement or modification shall not be unreasonably withheld. In the event that Contractor is unable or unwilling to secure a continued right to use the Work Product and/or Pre-Existing Intellectual

Property under the contract within a reasonable time, the IDOC may, in its sole discretion, secure alternative products and services performed under the contract related to the Work Product and/or Pre-Existing Intellectual Property conforming to the requirements of the contract and deduct the costs of such products and services provided and performed under the contract from payments to Contractor or terminate the contract upon written notice to Contractor; provided that with respect to termination of the contract, the IDOC shall provide a thirty (30) day cure period and shall accompany such notice with reasonable and documented showing of Contractor's failure.

### 6.31.3 Warranty and Indemnification

The Contractor represents and warrants that the Work Product will not infringe any third-party Intellectual Property Rights. The Contractor warrants that it has all rights and permissions, including Intellectual Property Rights and rights of publicity necessary to grant copyright, patent, trademark, or Intellectual Property Rights, including licenses, to the IDOC in its performance under the contract.

The Contractor shall indemnify and hold the IDOC harmless and shall defend at its own expense (subject to the right of the IDOC and the State to provide additional legal counsel at their own expense) any claim or action brought against the IDOC, its officers, agents and employees arising out of or related to IDOC's use of the Work Product, the Pre-Existing Intellectual Property, and all other goods and services described in the contract based upon a claim of infringement of a United States patent, copyright, trade secret, or trademark, and Contractor shall be liable to the IDOC and the state of Idaho for all direct and/or consequential damages resulting from such claim or suit.

### 6.32 Warranties

The Contractor warrants that its performance shall be in accordance with sound professional standards and the requirements of the contract including but not limited to compliance with the Operating Standards and any other applicable federal, state, and local laws.

The Contractor further warrants that: (1) the Contractor has the right to enter into the contract; (2) the Contractor has not entered into any other contracts or employment relationships that restrict the Contractor's ability to perform the contemplated services herein; (3) the Contractor shall observe and abide by all Operating Standards and any other applicable laws, rules and policies, including those of the IDOC pertaining to IDOC's prisons; and (4) the Contractor has good and marketable title or legal right to use any furniture, fixtures and equipment (FF&E), equipment, or personal property to be used under the contract.

All FF&E, equipment or personal property purchased by the Contractor under the contract shall be accompanied by all applicable Idaho UCC warranties as set forth at

Title 28, Chapter 2, Idaho Code if such warranties are commercially available, including, as applicable, express warranties, implied warranties of merchantability, and fitness for a particular purpose.

**6.33 Force Majeure**

(Section 28, Force Majeure, of the State of Idaho Standard Contract Terms and Conditions, shall not apply to the contract.)
Except for payment of sums due, neither party shall be liable to the other nor deemed in default under the contract if and to the extent that such party's performance of the contract is prevented by reason of force majeure. The term "force majeure" means an occurrence that is beyond the control of the party affected and occurs without its fault or negligence. Without limiting the foregoing, force majeure includes acts of God, acts of the public enemy, war, strikes, mobilization, civil disorders, fire, flood, injunction-intervention acts, or failure or refusal to act by government authority and other similar occurrences beyond the control of the party declaring force majeure which such party is unable to prevent by exercising reasonable diligence.

Force majeure shall not include the following occurrences:
(1) Late delivery of equipment or materials caused by congestion at a manufacturer's plant or elsewhere, or an oversold condition of the market
(2) Late performance by a subcontractor unless the delay arises out of a force majeure occurrence in accordance with this force majeure term and condition
(3) Inability of either the Contractor or subcontractor to acquire or maintain any required insurance, bonds, licenses, or permits.
(4) Contractor's or Subcontractor's financial condition.

If either party is delayed at any time in the progress of the work by force majeure, the delayed party shall notify the other party in writing of such delay, as soon as practicable and no later than the following business day, of the commencement thereof and shall specify the causes of such delay in such notice. Such notice shall make reference to this article, thereby invoking its provisions. The delayed party shall cause such delay to cease as soon as practicable and shall notify the other party in writing when it has done so.

**6.34 Hazardous Materials**

- The Contractor shall not place, hold, or dispose of any hazardous materials on, under or at a correctional Facility.
- The Contractor shall not use a correctional Facility as a treatment, storage, or disposal site (whether permanent or temporary) for any hazardous materials.
- The Contractor shall have a plan for the storage, use, retention and disposal of all such allowable materials, consistent with applicable laws, rules and regulations.
- The Contractor shall not cause or allow any asbestos to be incorporated into any improvements or alterations made to a correctional Facility.

For purposes of the contract, "hazardous materials" is identified as any hazardous substance, pollutant, or contaminant defined or referenced in the Comprehensive Environmental Response, Compensation and Liability Act, the Toxic Substances Control Act, or any other federal, state or local statute, law, act, ordinance, code, rule, regulation, order, or decree relating to any hazardous, toxic, or dangerous waste, substance or material.

### 6.35 Photographing and Release of Information

The Contractor shall not release to the public any information, records, or other data concerning Offenders. The Contractor shall not release to the public personal histories or photographs of Offenders, or information concerning Offender's delivery, removal, intra-institutional transfer, retaking, or release. The Contractor shall not permit reporters or photographers to interview or photograph Offenders without the express prior written permission of the IDOC.

## SECTION 7 COST PROPOSAL, COMPENSATION, INCENTIVES, and CONTRACT PAYMENTS

### 7.1 Cost Proposal

The cost Proposal shall be provided by the Offeror in a separate sealed envelope that shall be held separately by the RFP Lead from the remainder of the Proposal, and no cost information may appear in any other Proposal section or subsection. Failure to comply with this instruction is grounds for finding the entire Proposal non-responsive.

The Offeror must complete Attachment 5, Cost Proposal Form, as its cost Proposal.

### 7.2 Contract Payment Provisions

Contract payment will be based on a capitated, at-risk model. Under a capitated model, the Contractor will receive payment for services performed under the contract based on the Per Diem cost per Offender, per day multiplied by the Average Daily Population (ADP) for the invoiced month. From the Service Commencement Date to June 30, 2014, the ADP shall not include the Idaho Correctional Center. From July 1, 2014 and thereafter, the ADP shall include the Idaho Correctional Center.

Payment of the Per Diem is contingent on the Contractor delivering a proper invoice and any other documents required by the contract to the IDOC Contract Administrator at the conclusion of each calendar month. The invoice is due within ten (10) business days of the end of the concluding month. The Contractor shall include with each invoice a statement listing the average Offender population for the invoiced period. The IDOC shall provide payment to the Contractor within thirty (30) calendar days of acceptance of the invoice, minus assessments, withholds, or offsets such as liquidated damages.

The Contractor must provide the following information with each invoice:
- Contract Purchase Order (CPO) number and RFP title
- Identification of billing period
- ADP number
- Total amount billed for the billing period
- Date invoice was submitted
- Entity name and contact information
- Name of authorized person originating or submitting the billing for the entity

Submit invoices to:
Dave Robison, Contract Officer
Contract Administration Unit
Contract Services Bureau
Idaho Department of Correction
1299 N Orchard, Ste 202
Boise, Idaho 83706

IDOC shall not pay any other costs, fees, or expenses, including contract start up or transition costs, apart from Per Diem, except as expressly provided for herein. The Per Diem must be a Fully Burdened Rate. The IDOC does not guarantee that it shall maintain the population of Offenders at any certain level during the term of the contract.

### 7.3 Contract Incentives and Withholds

#### 7.3.1 Contract Incentives – Performance Overview

The IDOC will consider whether to award contract incentives in its sole discretion based upon Contractor performance as measured by the IDOC Contract Monitor and Contract Administrator. Two separate awards of contract incentives are available: the earned annual percentage increase and the earned contract renewal.

##### 7.3.1.1 Earned Annual Percentage Increase
Based upon performance, the Contractor may earn an annual Per Diem percentage increase of three (3) percent (%.) Contractor performance for all contract incentives will be evaluated and measured using the performance indicators in Appendix B.

The Contractor shall comply with all of the performance indicators in Appendix B and shall have a ninety-five percent (95%) or better compliance rate for **all initial audits across all Facilities combined** in order to be eligible for the earned annual percentage increase. Calculations will be made quarterly beginning with the end of the first quarter after the Service Commencement Date (e.g. January through March 2014 is the first quarter, and the calculation will be made in April 2014). Quarterly calculations will then be annualized after the completion of twelve (12) consecutive months of service. If the annualized percent (%) is greater than or equal to ninety-five percent (95%) compliance, the IDOC will award a three (3%) increase to the Per Diem rate via a contract amendment. The increase shall be effective as of January one (1) following the contract year that was evaluated.

Every year the calculation will start anew as of January 1, and follow the same process for each twelve (12) months of service.

##### 7.3.1.2 Earned contract renewal
Based upon performance, the Contractor may be eligible for a maximum of two (2), 2 (two)-year contract renewals. Each two year contract renewal will be considered exclusive of the other. If the IDOC offers the Contractor a two-year renewal, the Contractor must either accept or decline the offer in writing to the IDOC Contract Administrator within ten (10) business days

of receipt. If the Contractor does not respond within the allotted time the IDOC will move immediately to issue a new RFP.

The Contractor shall comply with all of the performance indicators in Appendix B and shall have a ninety-five percent (95%) or better compliance rate for **all initial audits across all Facilities combined** in order to be eligible for a contract renewal., The Contractor must perform at a performance indicator compliance rate of ninety-five percent (95%) or better as averaged over the first forty-eight (48) consecutive months after the Service Commencement Date. The compliance rate calculation will be based on a compliance rate for **all initial audits across all Facilities combined**.

### 7.3.2 Withholds

The IDOC will assess a Withhold in the amount of one (1%) of the monthly contract payment for each of the Withhold performance indicators as set forth herein. The Withhold will be assessed on a monthly basis and will be evaluated on a quarterly basis after an analysis of the documentation necessary to determine if the Withhold performance indicator criteria was successfully met or performed by the Contractor.

Withhold Performance Indicators
1. **Vacant Positions**: No position on the contract's staffing plan as provided for in subsection 4.9 and Attachment 4, Staffing Plan, will remain vacant for more than sixty (60) calendar days. The number of days the IDOC takes to conduct a background check will not count against the calculation of the number of days of the vacancy.

2. **Minimum Manpower**: All positions on the contract's staffing plan will meet the minimum number of hours required by position as identified by the Contractor's staffing plan in Attachment 4, and as provided for in the mandatory minimum ISCI staffing level in subsection 4.9. (Refer to Tables 4.9.a, 4.9.b, and 4.9.c Staffing Models to review assigned positions) Hours for each Facility will be evaluated individually. The Contractor's healthcare team at each Facility will provide an accounting of the hours worked per position or pool on the monthly health services report as defined in IDOC SOP 401.06.03.088. IDOC may also use other information or data provided by the Contractor as necessary to determine if the Withhold performance indicator criteria was successfully met or performed, to include without limitation time sheets, computerized time entry programs, hire and termination alerts, training manifests, and direct observation.

On a quarterly basis, and provided the Contractor's successfully meets the Withhold performance indicators, the IDOC will release the Withhold amounts to the Contractor. If, for any month during the quarter, the Contractor does not meet

the required criteria, the Withhold for that month will be retained by the IDOC for non-performance of the Withhold performance Indicator, and not paid to the Contractor.

# APPENDIX B Performance Indicators

**NCCHC ACCREDITATION**
Performance Indicator number: 01

### Definition and Purpose of Auditing this Criteria:
According to RFP subsection 1.1, the Contractor shall be responsible for maintaining full-accreditation with the National Commission on Correctional Health Care (NCCHC) at all IDOC facilities included in the RFP, as a way to safeguard the health, safety, and welfare of those offenders incarcerated in this system, to the extent that the requirements are within the control of the Contractor.

### Elements of the Criteria:

The Contractor shall obtain full-accreditation with the NCCHC at all current IDOC facilities included in the RFP.

The Contractor shall be responsible for requesting and obtaining full-accreditation with the NCCHC for any future correctional facility that might be opened and added to the contract during the term of the contract.

### Indicators/Methodology/Acceptable Standard:

1. The Contractor shall maintain accreditation with the NCCHC at all IDOC facilities included in the contract.
    a. Review accreditation documentation from NCCHC.
    b. Documentation from NCCHC will verify that the Contractor has obtained or maintained full accreditation with the NCCHC at all IDOC facilities included in the RFP.

**THRESHOLD: PASS**

## SECTION SIX – LIQUIDATED DAMAGES ASESSED JULY 2010 – APRIL 2013

| Mo/Yr | Site | Performance Indicator | Amount |
|---|---|---|---|
| Sep-10 | ISCI | LTBI Treatment | $ 1,584.00 |
| | | Sick Call | $ 1,584.00 |
| | | Infirmary Care | $ 1,008.00 |
| | | Extended Infirmary | $ 1,008.00 |
| | Total | | $ 5,184.00 |
| Oct-10 | ISCI | LTBI Treatment | $ 4,464.00 |
| | | Sick Call | $ 4,464.00 |
| | | Infirmary Care | $ 4,464.00 |
| | | Extended Infirmary | $ 4,464.00 |
| | | Professional Development | $ 3,744.00 |
| | | Pharmacy Operations | $ 3,744.00 |
| | | Oral Screening | $ 3,744.00 |
| | | Mental Health Services | $ 3,744.00 |
| | | Transfer Screening | $ 1,008.00 |
| | | Segregated Offenders | $ 1,008.00 |
| | | Medical Records Format | $ 1,008.00 |
| | Total | | $ 35,856.00 |
| Nov-10 | ISCI | LTBI Treatment | $ 4,320.00 |
| | | Sick Call | $ 4,320.00 |
| | | Infirmary Care | $ 4,320.00 |
| | | Extended Infirmary | $ 4,320.00 |
| | | Professional Development | $ 4,320.00 |
| | | Pharmacy Operations | $ 4,320.00 |
| | | Oral Screening | $ 4,320.00 |
| | | Mental Health Services | $ 4,320.00 |
| | | Transfer Screening | $ 4,320.00 |
| | | Segregated Offenders | $ 4,320.00 |
| | | Medical Records Format | $ 4,320.00 |
| | | Diagnostic Services | $ 3,024.00 |
| | IMSI | Pharmacy Operations | $ 2,736.00 |
| | | Discharge Planning | $ 2,736.00 |
| | Total | | $ 56,016.00 |

| Month | Facility | Service | Amount |
|---|---|---|---|
| Dec-10 | ISCI | LTBI Treatment | $ 4,464.00 |
| | | Sick Call | $ 4,464.00 |
| | | Infirmary Care | $ 4,464.00 |
| | | Extended Infirmary | $ 4,464.00 |
| | | Professional Development | $ 4,464.00 |
| | | Pharmacy Operations | $ 4,464.00 |
| | | Oral Screening | $ 4,464.00 |
| | | Mental Health Services | $ 4,464.00 |
| | | Transfer Screening | $ 4,464.00 |
| | | Segregated Offenders | $ 4,464.00 |
| | | Medical Records Format | $ 4,464.00 |
| | | Diagnostic Services | $ 4,464.00 |
| | IMSI | Pharmacy Operations | $ 1,728.00 |
| | | Discharge Planning | $ 1,728.00 |
| | PWCC | Medical Records Format | $ 4,320.00 |
| | Total | | $ 61,344.00 |
| Jan-11 | ISCI | LTBI Treatment | $ 4,464.00 |
| | | Sick Call | $ 4,464.00 |
| | | Infirmary Care | $ 4,464.00 |
| | | Extended Infirmary | $ 4,464.00 |
| | | Professional Development | $ 4,464.00 |
| | | Pharmacy Operations | $ 4,464.00 |
| | | Oral Screening | $ 4,464.00 |
| | | Mental Health Services | $ 4,464.00 |
| | | Transfer Screening | $ 4,464.00 |
| | | Segregated Offenders | $ 4,464.00 |
| | | Medical Records Format | $ 4,464.00 |
| | | Diagnostic Services | $ 4,464.00 |
| | IMSI | Pharmacy Operations | $ 1,152.00 |
| | | Discharge Planning | $ 1,152.00 |
| | PWCC | Medical Records Format | $ 4,464.00 |
| | Total | | $ 60,336.00 |
| Feb-11 | ISCI | LTBI Treatment | $ 3,312.00 |
| | | Sick Call | $ 1,440.00 |
| | | Infirmary Care | $ 1,440.00 |
| | | Extended Infirmary | $ 1,440.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Professional Development | $ | 4,032.00 |
|  |  | Pharmacy Operations | $ | 3,312.00 |
|  |  | Oral Screening | $ | 3,312.00 |
|  |  | Mental Health Services | $ | 1,440.00 |
|  |  | Transfer Screening | $ | 1,440.00 |
|  |  | Segregated Offenders | $ | 3,312.00 |
|  |  | Medical Records Format | $ | 4,032.00 |
|  |  | Diagnostic Services | $ | 1,440.00 |
|  | IMSI | Staffing | $ | 27,273.00 |
|  | PWCC | Medical Records Format | $ | 288.00 |
|  | Total |  | $ | 57,513.00 |
| Mar-11 | ISCI | Professional Development | $ | 1,008.00 |
|  |  | Medical Record Format | $ | 864.00 |
|  | Total |  | $ | 1,872.00 |
| Apr-11 |  | None |  |  |
| May-11 |  | None |  |  |
| Jun-11 | ISCI | Annual TB Testing | $ | 1,152.00 |
|  | Total |  | $ | 1,152.00 |
| Jul-11 |  | None |  |  |
| Aug-11 |  | None |  |  |
| Sep-11 |  | None |  |  |
| Oct-11 |  | None |  |  |
| Nov-11 |  | None |  |  |
| Dec-11 |  | None |  |  |
| Jan-12 | ISCI | Transfer Planning | $ | 2,160.00 |
|  |  | Chronic Care | $ | 2,160.00 |
|  | Total |  | $ | 4,320.00 |

| Month | Facility | Service | | Amount |
|---|---|---|---|---|
| Feb-12 | ISCI | Transfer Planning | $ | 2,736.00 |
| | | Chronic Care | $ | 2,736.00 |
| | | Staffing (ISCI/IMSI) | $ | 9,102.00 |
| | Total | | $ | 14,574.00 |
| Mar-12 | | None | | |
| Apr-12 | SICI | Discharge Planning | $ | 1,152.00 |
| | Total | | $ | 1,152.00 |
| May-12 | ISCI | Continuity of Care | $ | 3,456.00 |
| | Total | | $ | 3,456.00 |
| Jun-12 | SICI | Discharge Planning | $ | 288.00 |
| | ISCI | Continuity of Care | $ | 1,584.00 |
| | Total | | $ | 1,728.00 |
| Jul-12 | | None | | |
| Aug-12 | | None | | |
| Sep-12 | | None | | |
| Oct-12 | ISCI | Transfer Screening | $ | 288.00 |
| | Total | | $ | 288.00 |
| Nov-12 | | Staffing Audit | $ | 4,752.00 |
| | Total | | $ | 4,752.00 |
| Dec-12 | | None | | |
| Jan-13 | | None | | |

| Month | Value |
|---|---|
| Feb-13 | None |
| Mar-13 | None |
| Apr-13 | None |
| May-13 | None |
| Jun-13 | None |
| Total | $ 309,543.00 |