# EXHIBIT O

## MEDICAL DIETS

| Balla Audit Tool: 01 Medical Diet: Grievances and Timely Implementation | Frequency: Weekly | Review for: IDOC Nurse Manager Monitor will follow up on any medical diet-related grievances that have not been resolved. IDOC Nurse Manager Monitor to track medical diet-related grievances and trend on a weekly basis the amount of time from physician order to offender receiving new diet. IDOC Nurse Manager Monitor to provide a weekly summary report to IDOC Health Services Director using newly developed monitoring tool; report results will be reported at MMs. |
|---|---|---|

| # | Item | % | Count |
|---|---|---|---|
| 1 | Number of medical diet grievances | | 0 |
| 2 | Number of resolved medical diet grievances | | 0 |
| 3 | Number of unresolved medical diet grievances | | 0 |
| 4 | Number of medical diets ordered | | 24 |
| 5 | Number of medical diets implemented within required timeframes | 100% | 24 |

**Audit period: 2/21/16 - 3/26/16**

**Notes:**
No medical diet related grievances were received in the month of March

## HEALTH SERVICE REQUESTS: GENERAL POPULATION

| Balla Audit Tool: 02 Health Service Requests: General Population Quality of Nursing Care Timeliness / Responsiveness | Frequency: Weekly | Review for: IDOC Nurse Manager Monitor Audits 10% of the HSRs weekly to ensure offenders were seen in a timely manner. IDOC Nurse Manager Monitor reviews 10% of randomly selected responses to HSRs to identify and address processes or activities that are non-effective or cause delays, follow up on systematic issues in process and clinical appropriateness, identify and address anomalies, and report back to the IDOC Health Services Director. |
|---|---|---|

| # | Item | % | Count |
|---|---|---|---|
| 6 | Is an appropriate clinical setting available to see offenders at sick call (days audited:35) | 100% | 35 |
| 7 | Is a current sick call log maintained? (days audited:35) | 100% | 35 |
| 8 | Are the general population HSRs collected daily? (days audited:35) | 100% | 35 |
| 9 | Are nursing protocols signed by the medical director, made available and up to date? (Y or N) | | Y |
| 10 | Number of days in audit period | | 35 |
| 11 | Number of days daily sick call offered | 100% | 35 |
| 12 | Total number of HSRs | | 89 |
| 13 | Number of HSRs with date/time stamp | 88% | 78 |
| 14 | Number of HSRs triaged within 24 hours of receipt | 97% | 86 |
| 15 | Number of offenders required to be evaluated | | 84 |
| 16 | Number of offenders evaluated within the required timeframes | 93% | 78 |
| 17 | Number of vital signs and assessments required | | 44 |
| 18 | Number of vital signs and assessments completed | 100% | 44 |
| 19 | Number of plans/protocols required to be documented | | 59 |
| 20 | Number of plans/protocols documented | 100% | 59 |
| 21 | Number of required referrals to a provider | | 44 |
| 22 | Number of completed referrals to a provider | 98% | 43 |
| 23 | Number of provider visits documented in the medical file | 95% | 41 |

**Audit period: 2/7/16 - 3/12/16**
**Breakdown of line 9:** Audited annually
**Breakdown of line 13:** New stamps issued and are in use. Staff reeducated on use with every HSR
**Breakdown of line 14:** No date and time stamp on HSR. Used date offender put on HSR and compared that date to the date triaged, the HSR was outside the 24hour timeframe.
*At audit one additional HSR was not in the medical record. The HSR was located and audited and found to be out of compliance. #14 should score at 96%.
**Breakdown of line16:** Evaluations not required for six HSRs
  2 requests for supplies
  3 left without being seen
  1 medication renewals
#16 should score at 100%.

**Breakdown of line 22:** HSRs that do not require a face to face encounter with a provider but do require a decision/order by a provider were originally scored as N/A or zero but was determined by the audit group that these encounters do qualify as a completed referral. For example: an HSR is submitted for renewal of a low bunk memo, the provider completes a record review and determines that the memo is needed and documents renewal the memo. #22 should score at 100%.

**Breakdown of line 23:** Patient was seen past 14 day timeframe. Met with provider on day 18 for medical hold and medication renewal.
Dental referral falls outside of the 14 day timeframe.

1

## HEALTH SERVICES REQUESTS: RDU

| Balla Audit Tool: 03 Health Service Requests: RDU Quality of Nursing Care Timeliness / Responsiveness | Frequency: Weekly | Review for: IDOC Nurse Manager Monitor audits 10% of the HSRs weekly to ensure offenders were seen in a timely manner. IDOC Nurse Manager Monitor reviews 10% of randomly selected responses to HSRs to identify and address processes or activities that are non-effective or cause delays, follow up on systematic issues in process and clinical appropriateness, identify and address anomalies, and report back to the IDOC Health Services Director |
|---|---|---|

| # | Item | % | Count |
|---|---|---|---|
| 24 | Is an appropriate clinical setting available to see offenders at sick call (days audited:35) | 100% | 35 |
| 25 | Is a current sick call log maintained? (days audited:35) | 100% | 35 |
| 26 | Are the general population HSRs collected daily? (days audited:35) | 100% | 35 |
| 27 | Are nursing protocols signed by the medical director, made available and up to date? (Y or N) | | Y |
| 28 | Number of days in audit period | | 35 |
| 29 | Number of days daily sick call offered | 100% | 35 |
| 30 | Total number of HSRs | | 42 |
| 31 | Number of HSRs with date/time stamp | 69% | 29 |
| 32 | Number of HSRs triaged within 24 hours of receipt | 95% | 40 |
| 33 | Number of offenders required to be evaluated | | 40 |
| 34 | Number of offenders evaluated within the required timeframes | 100% | 40 |
| 35 | Number of vital signs and assessments required | | 36 |
| 36 | Number of vital signs and assessments completed | 97% | 35 |
| 37 | Number of plans/protocols required to be documented | | 37 |
| 38 | Number of plans/protocols documented | 100% | 37 |
| 39 | Number of required referrals to a provider | | 18 |
| 40 | Number of completed referrals to a provider | 89% | 16 |
| 41 | Number of provider visits documented in the medical file | 100% | 16 |

**Audit period: 2/14/16 - 3/26/16**

**Breakdown of line 27:** Audited annually

**Breakdown of line 31:** New stamps issued and are in use. Staff reeducated on use with every HSR

**Breakdown of line 32:** There was not a date or time stamp on the HSR, unable to verify triage within 24 hours

**Breakdown of line 39:** Eighteen were required to be referred to a provider.

**Breakdown of line 40:** HSR for dental was referred as required but falls out of the 14 day timeframe. HSR for medication, patient was moved to NICI. Verified that medication was issued at NICI. #40 should score at 100%.

## STAFF AND PROVIDER LICENSURE, COMPETENCY, AND EVALUATION

| Balla Audit Tools:04 &05 Healthcare Staff Competency: Licensure and Training | Frequency: Semiannually | Review for: IDOC will verify competency reviews and evaluations performed through semi-annual performance measure audits of medical contractor, during which IDOC personnel will review healthcare professional files for evaluation and clinical competency paperwork. |
|---|---|---|

| # | Item | | Value |
|---|---|---|---|
| 42 | Total number of staff requiring CPR certification | | NA |
| 43 | Number of staff with current CPR certification | | NA |
| 44 | Total number of staff requiring a license or certification | | NA |
| 45 | Number of staff with a current license or certification | | NA |
| 46 | Total number of staff requiring clinical competency training | | NA |
| 47 | Number of staff who completed clinical competency training | | NA |
| 48 | Total number of clinical staff requiring annual performance evaluation | | NA |
| 49 | Number of clinical staff with completed annual performance evaluation | | NA |

**Notes:** Semiannual audits to be completed July and January

## STAFF AND PROVIDER LICENSURE, COMPETENCY, AND EVALUATION CONTINUED

| | | | |
|---|---|---|---|
| 50 | Number of providers requiring board license | | NA |
| 51 | Number of providers with current board license | | NA |
| 52 | Number of providers requiring DEA registration | | NA |
| 53 | Number of providers with current DEA registration | | NA |
| 54 | Number of providers requiring Board of Pharmacy registration | | NA |
| 55 | Number of providers with current Board of Pharmacy registration | | NA |
| 56 | Number of providers requiring CPR training/ card | | NA |
| 57 | Number of providers with current CPR training/ card | | NA |
| 58 | Number of providers requiring peer review | | NA |
| 59 | Number of providers with current peer review | | NA |

**Notes:** Semiannual audits to be completed July and January

## EMERGENCY RESPONSE LOG REVIEW

| Balla Audit Tool: | Frequency: | Review for: |
|---|---|---|
| | Weekly | IDOC Nurse Manager Monitor to review the Emergency Log weekly |

**Notes:**
Dates IDOC Nurse Manager Monitor reviewed Emergency Response Log:
Week 1: 3/4/16
Week 2: 3/11/16
Week 3: 3/17/16
Week 4: 3/24/16
Week 5 (If applicable): 3/31/16

**Additional Notes:**

3

## CONTINUITY OF CARE FROM SCHEDULED OFF-SITE SPECIALTY VISIT

| Balla Audit Tool: 06 Continuity of Care: Scheduled offsite Specialty visits | Frequency: Weekly | Review for: The IDOC Nurse Manager Monitor uses the IDOC Continuity of Care Audit Checklist to conduct weekly review of offsite referrals. |
|---|---|---|

| # | Description | % | Count |
|---|---|---|---|
| 60 | Total number of UM approvals received | | 16 |
| 61 | Number of UM approvals received within 5 business days of request | 100% | 16 |
| 62 | Number of required medical holds | | 15 |
| 63 | Number of medical holds placed | 67% | 10 |
| 64 | Number of offenders returned from scheduled offsite appointments | | 16 |
| 65 | Number of offenders seen after offsite appointment by provider/RN | 94% | 15 |
| 66 | Number of discharge recommendations received | | 6 |
| 67 | Number of discharge recommendation review notifications to provider | 100% | 6 |
| 68 | Number of discharge recommendations followed as clinically indicated | 100% | 12 |
| 69 | Number of specialty and diagnostic test results required to be discussed with offender | | 16 |
| 70 | Number of specialty and diagnostic test results discussed with offender | 100% | 16 |
| 71 | Total number of ATPs developed | | 0 |
| 72 | Number of ATPs documented in the chart | | 0 |
| 73 | Number of ATPs discussed with offender | | 0 |

**Audit period: 3/7/16 - 4/2/16**

**Breakdown of line 63:** Medical holds were not being placed and or updated. two staff members are now verifying all medical holds are in place.

**Breakdown of line 65:** 1 offsite evaluation was not completed

## CONTINUITY OF CARE FROM UNSCHEDULED OFF-SITE ER HOSPITAL VISIT

| Balla Audit Tool: 07 Continuity of Care: Unscheduled Emergency Department offsite transports | Frequency: Weekly | Review for: The IDOC Nurse Manager Monitor uses the IDOC Continuity of Care Audit Checklist to conduct weekly review of emergency room runs. |
|---|---|---|

| # | Description | % | Count |
|---|---|---|---|
| 74 | Number of offenders required to be seen by a provider or RN after ER run | | 9 |
| 75 | Number of offenders seen by provider or RN after ER run | 100% | 9 |
| 76 | Number of discharge recommendations received | | 6 |
| 77 | Number of discharge recommendation review notifications to provider | 100% | 6 |
| 78 | Number of discharge recommendations followed as clinically indicated | 100% | 6 |
| 79 | Number of specialty and diagnostic test results required to be discussed with offender | | 6 |
| 80 | Number of specialty and diagnostic test results discussed with offender | 100% | 6 |
| 81 | Total number of ATPs developed | | 0 |
| 82 | Number of ATPs documented in the chart | | 0 |
| 83 | Number of ATPs discussed with offender | | 0 |

**Audit period: 2/14/16 - 3/19/16**

## OUT-PATIENT MEDICAL CARE FOLLOW UP

| Balla Audit Tool: 08 | Frequency: | Review for: |
|---|---|---|
| Out-Patient Clinic Track and Trend | Each Monday | IDOC Nurse Manager Monitor will review 100% of charts two days per week to determine if offenders are required to wait more than two weeks for an outpatient clinic appointment following an offsite consult; to ensure offenders are promptly rescheduled when the offender is a no show or the clinic is cancelled. Each Monday IDOC Nurse Manager Monitor will review previous week's appointment schedule and determine number of offenders seen in comparison to average number of offenders seen in prior weeks, and to determine whether cancelled appointments were promptly rescheduled. |

| # | Item | % | Value |
|---|---|---|---|
| 84 | Total number of OPC visits week 1 | | 84 |
| 85 | Total number of OPC visits week 2 | | 78 |
| 86 | Total number of OPC visits week 3 | | 66 |
| 87 | Total number of OPC visits week 4 | | 71 |
| 88 | Total number of OPC visits week 5 (If Applicable) | | 71 |
| 89 | Total number of OPC records reviewed | | 30 |
| 90 | Number of records scheduled for 14 day follow up after offsite visit | | 30 |
| 91 | Number of completed 14 day follow ups | 100% | 30 |
| 92 | Total number of appointments scheduled in OPC | | 370 |
| 93 | Number of appointments cancelled during the month | | 40 |
| 94 | Number of cancelled appointments that have been rescheduled | | 28 |
| 95 | Number of no shows during the month | | 45 |
| 96 | Number of no shows that have been rescheduled | | 11 |

**Audit period: 2/21/16 - 3/26/16**

**Breakdown of line 93:**
12 Cancelled appointments that were not rescheduled:
4 - Refusals
1 - Meds already filled
1 - Move to ICIO
1 - Waiting on community provider
1 - Moved to another facility.
1 - In unit 11 when scheduled, was in seg day of appointment
1 - Rescheduled when labs come in
1 - Rescheduled when out of holding cell
1 - Labs need to be drawn

**Breakdown of line 95 and 96:**
11 No shows - Not on the call out, rescheduled
34 No shows - Verified on the call out, not rescheduled

## LONG TERM CARE

| Balla Audit Tool: 09 | Frequency: | Review for: |
|---|---|---|
| Medication Administration Record (MAR) Review Long Term Care Unit | Weekly | IDOC Nurse Manager Monitor audits 100% of one days MARs on a weekly basis. |

| # | Item | % | Value |
|---|---|---|---|
| 97 | Total number of offender MARs reviewed | | 39 |
| 98 | Number of offenders who received all doses as ordered (excludes refusals) | 95% | 37 |

**Audit period: 2/21/16 - 3/26/16**

**Breakdown of line 98:** Verified with patients they received medication dose, but MAR was left blank

5

## LONG TERM CARE

| Balla Audit Tool: 10 & 11 Long Term Care - Operations And Long Term Care - Inpatient Care | Frequency: Weekly - Week 1 Monday, Week 2 Tuesdays, Week 3 Wednesday, Week 4 Thursday, Week 5 Friday (if applicable) | Review for: IDOC Nurse Manager Monitor will conduct weekly audit of offenders in Long Term Care Unit using former Audit tools 21A and 21B |
|---|---|---|

**Audit period: 2/21/16 - 3/26/16**

| # | Question | % | Count |
|---|---|---|---|
| 99 | Is a physician or mid level on call 24 hours per day? (days audited:35) | 100% | 35 |
| 100 | Is the extended care infirmary supervised by an RN 24 hours per day? (days audited:35) | 100% | 35 |
| 101 | Is the LTC infirmary compliant with HIPAA regulations regarding medical records? (days audited:35) | 100% | 35 |
| 102 | Is the medication room locked at all times? (days audited:35) | 100% | 35 |
| 103 | Are the medications sorted by route and the open medication vials labeled and dated? (days audited:35) | 100% | 35 |
| 104 | Are stock medications kept separate from offender specific medications? (days audited:35) | 100% | 35 |
| 105 | Are logs for fridge and BG calibration current? (days audited:35) | 100% | 35 |
| 106 | Is extended care log up to date with admissions? (days audited:35) | 100% | 35 |
| 107 | Is extended care log up to date with discharges? (days audited:35) | 100% | 35 |

**Audit period: 2/21/16 - 3/26/16**

| # | Question | % | Count |
|---|---|---|---|
| 108 | Number of required LTC inpatient medical records | | 43 |
| 109 | Number of maintained LTC inpatient medical records | 100% | 43 |
| 110 | Number of required LTC admission orders initiated by a physician or mid level provider | | 10 |
| 111 | Number of completed LTC admission orders initiated by a physician or mid level provider | 100% | 10 |
| 112 | Number of required LTC discharge orders initiated by a physician or mid level provider | | 2 |
| 113 | Number of completed LTC discharge orders initiated by a physician or mid level provider | 100% | 2 |
| 114 | Number of required weekly LTC extended care rounds conducted and documented by a physician or mid level provider | | 40 |
| 115 | Number of completed weekly LTC extended care rounds conducted and documented by a physician or mid level provider | 100% | 40 |
| 116 | Number of LTC provider orders required to be noted by a QHCP the same day they are written | | 23 |
| 117 | Number of LTC provider orders noted by a QHCP the same day they are written | 100% | 23 |
| 118 | Number of required LTC extended care encounters | | 43 |
| 119 | Number of documented LTC extended care encounters | 100% | 43 |
| 120 | Number of head to toe assessments upon admission to LTC | | 6 |
| 121 | Number of completed head to toe assessments upon admission to LTC | 100% | 6 |
| 122 | Number of required daily head to toe assessments | | 301 |
| 123 | Number of completed daily head to toe assessments | 99% | 299 |
| 124 | Number of LTC medical record entries | | 344 |
| 125 | Number of LTC medical record entries that are dated, timed and signed with title | 98% | 338 |
| 126 | Number of LTC medical record entries that are stamped to ensure legibility | 99% | 339 |

**Breakdown of line 123:**
One assessment did not have the vitals completed
One assessment was not filed in chart

**Breakdown of line 125:**
2 entries did not have signatures
4 entries did not have dates

**Breakdown of line 126:**
On the original HSR five records were identified as missing the name stamp. Subsequently one additional file within the audit timeframe was found to be missing the name stamp. #126 should score at 98%.

## MEDICATION DELIVERY OR ADMINISTRATION

| Balla Audit Tools: 12,13, 14, 15,16, 17 | Frequency: | Review for: |
|---|---|---|
| Medication Administration Record (MAR) Review | Weekly | IDOC Nurse Manager Monitor conducts weekly audits of all MAR's for one selected day |

### General Population

| | | | |
|---|---|---|---|
| 127 | Total number of offender MARs reviewed | | 2687 |
| 128 | Number of offenders who received all doses as ordered (excludes refusals) | 100% | 2676 |

### RDU

| | | | |
|---|---|---|---|
| 129 | Total number of offender MARs reviewed | | 236 |
| 130 | Number of offenders who received all doses as ordered (excludes refusals) | 97% | 230 |

### BHU

| | | | |
|---|---|---|---|
| 131 | Total number of offender MARs reviewed | | 917 |
| 132 | Number of offenders who received all doses as ordered (excludes refusals) | 100% | 913 |

### Medical Annex

| | | | |
|---|---|---|---|
| 133 | Total number of offender MARs reviewed | | 224 |
| 134 | Number of offenders who received all doses as ordered (excludes refusals) | 94% | 210 |

### Infirmary

| | | | |
|---|---|---|---|
| 135 | Total number of offender MARs reviewed | | 27 |
| 136 | Number of offenders who received all doses as ordered (excludes refusals) | 89% | 24 |

### Non-Formulary Medication

| | | | |
|---|---|---|---|
| 137 | Percentage of offenders receiving non-formulary prescription medication | | 19% |

**Audit period: 2/21/16 - 3/26/16**

**Breakdown of lines 130, 134, 136:** Blanks found on MAR. Issue has been addressed with HSA and DONs, corrective action taken with staff

| Balla Audit Tools: 18 | Frequency: | Review for: |
|---|---|---|
| Medication Delivery and Administration: Concern Forms / Grievances | Weekly | IDOC Nurse Manager Monitor will speak with all offenders who submit a concern form / grievance related to not receiving medications. |

### Medication Concerns and Grievances

| | | | |
|---|---|---|---|
| 138 | Number of concerns related to not receiving medications | | 14 |
| 139 | Number of grievances related to not receiving medications | | 0 |
| 140 | Number of offenders met with to discuss concern/grievance | 100% | 14 |

**Audit period: 2/21/16 - 3/26/16**

7

## RESTRICTIVE HOUSING MAR REVIEW

| Balla Audit Tool:19 Medication Administration Record (MAR) Review Restrictive Housing Unit | Frequency: Weekly | Review For: IDOC Nurse Manager Monitor conduct weekly audits of all MAR's for one selected day. |
|---|---|---|

| | | | |
|---|---|---|---|
| 141 | Total number of offender MARs reviewed | | 141 |
| 142 | Number of offenders who received all doses as ordered (excludes refusals) | 99% | 140 |

**Audit period:** 2/21/16 - 3/26/16

**Breakdown of line 142:** 1 MAR with a blank

## RESTRICTIVE HOUSING/ WELFARE CHECKS

| Balla Audit Tool: 20 Restrictive Housing / Welfare Checks | Frequency: Weekly | Review for: IDOC Nurse Manager Monitor conducts a weekly review of the entire segregation log. |
|---|---|---|

| | | | |
|---|---|---|---|
| 143 | Number of new intakes | | 91 |
| 144 | Number of medical record reviews required | | 91 |
| 145 | Number of medical record reviews completed | 98% | 89 |
| 146 | Number of offenders cleared for restrictive housing by medical | 100% | 91 |
| 147 | Number of welfare checks required | | 255 |
| 148 | Number of welfare checks completed | 100% | 255 |

**Audit period:** 2/21/16 - 3/26/16

**Breakdown of line 145:** 2 record reviews not completed at time of intake. All other screening completed at intake. Records were reviewed after intake.

**Notes for line 147 and 148:**
Welfare checks are currently reported as checks required per person per week, previously welfare checks were reported per person per day.

8

## HEALTH SERVICES REQUESTS: RESTRICTIVE HOUSING

| Balla Audit Tool: 21 Health Service Requests: RHU Quality of Care Timeliness / Responsiveness | Frequency: Weekly | Review for: IDOC Nurse Manager Monitor will also review all HSR requests submitted by restrictive housing offenders using former audit tool 24 |
|---|---|---|

| # | Item | % | Count |
|---|---|---|---|
| 149 | Is an appropriate clinical setting available to see offenders at sick call (days audited:35) | 100% | 35 |
| 150 | Is a current sick call log maintained? (days audited:35) | 100% | 35 |
| 151 | Are the restrictive housing HSRs collected daily? (days audited:35) | 100% | 35 |
| 152 | Are nursing protocols signed by the medical director, made available and up to date? (Y or N) | | Y |

**Audit period: 2/7/16 - 3/12/16**

**Breakdown of line 152:** Audited annually

| # | Item | % | Count |
|---|---|---|---|
| 153 | Number of days in audit period | | 35 |
| 154 | Number of days daily sick call offered | 100% | 35 |
| 155 | Total number of HSRs | | 81 |
| 156 | Number of HSRs with date/time stamp | 99% | 80 |
| 157 | Number of HSRs triaged within 24 hours of receipt | 99% | 80 |
| 158 | Number of restrictive housing offenders required to be evaluated | | 81 |
| 159 | Number of offenders evaluated within the required timeframes | 99% | 80 |
| 160 | Number of vital signs and assessments required | | 44 |
| 161 | Number of vital signs and assessments completed | 100% | 44 |
| 162 | Number of plans/protocols required to be documented | | 44 |
| 163 | Number of plans/protocols documented | 100% | 44 |
| 164 | Number of required referrals to a provider | | 69 |
| 165 | Number of completed referrals to a provider | 100% | 69 |
| 166 | Number of provider visits documented in the medical file | | 55 |

**Audit period: 2/7/16 - 3/12/16**

**Breakdown of lines 156, 157 and 159:** Patient submitted two HSRs on the same day one HSR was requesting a knee brace. The HSR could not be located so the auditor was unable to determine if the HSR was time stamped, triaged or if the evaluation had been done within the 24 hour timeframe. However, the second HSR was processed within the required timeframe and the patient did receive the knee brace. It was determined that the knee brace HSR was processed within the appropriate timeframe. #s 156, 157 and 159 should score at 100%.

## ACCESS TO OFFENDER MEDICAL AND MENTAL HEALTH RECORDS

| Balla Audit tool: 22 Offender Access to Medical & Mental Health Records | Frequency: Monthly | Review for: IDOC Nurse Manager Monitor will review randomly selected days' worth of concern forms and review those concern forms requesting medical record access to ensure that medical record access is granted as described in Addenda A. |
|---|---|---|

| # | Item | % | Count |
|---|---|---|---|
| 167 | Number of requests to review medical files | | 16 |
| 168 | Number of medical file reviews completed | 100% | 16 |

**Audit period: 3/1/16 - 3/31/16**

9

## MEDICAL CONCERNS AND GRIEVANCES

| Balla Audit Tool: 23 IDOC Grievance System: Timely Review and Response | Frequency: Monthly IDOC Nurse Manager Monitor or IDOC Health Services Director and Corizon ombudsman will track and trend concerns and grievances | Review for: Ensure concern forms and grievances are responded to within the timeline parameters contained in the IDOC's SOP's |
|---|---|---|

### Concerns:

| 169 | Total Concern Forms | | 348 |
|---|---|---|---|
| 170 | Total responded to within 7 days | 100% | 348 |

**Notes:**
**Breakdown of line 169:** Original numbers showed 355 concern forms, 32 of which were IDOC concerns forms. In error, the 32 IDOC concern forms were added back into the total bringing the number to 387. Inconsistencies in the count of concern forms between the total Corizon number and the IDOC audit was noted so Audit #23 was completely re-done to verify the actual number. The re-count showed the actual number of concern forms submitted to Corizon to be 314 and the total number of concern forms submitted to IDOC to be 34 thus a total of 348 with all being responded to within 7 days. Count completed by IDOC HSD and verified by an IDOC nurse monitor.

**Breakdown of line 170:** During the re-audit it was noted that the one concern form that showed out of compliance was in compliance due to one day being counted twice in determining the calculation of actual days taken to respond.

### Grievances:

| 171 | Total Grievances | | 17 |
|---|---|---|---|
| 172 | 1st Response w/in 14 Days | 100% | 17 |
| 173 | 2nd Response w/in 14 Days | 100% | 17 |
| 174 | Total Number of Appeals | | 12 |
| 175 | Appellate Response w/in 14 Days | 100% | 12 |

**Audit period: 3/1/16 - 3/31/16**
**Concern Notes:**
· Dissatisfied with medical care: 17
· Dental care: 19
· Mental health: 56
· Questions: 41
· Conduct of healthcare staff: 10
· Delay in healthcare provided: 17
· Problems with medications: 32
· Request for appointment: 28
· Requests for medication refills: 4
· Medical charges: 54
· Requests for aids: 13
· Medical holds: 13
· Medical Record Reviews: 16
· Diet/ Food: 5
· Request for records/ copies: 9
· Thank you: 1
· Other: 13

**Audit period: 3/1/16 - 3/31/16**
**Grievance Notes:**
· Dissatisfied with medical care: 1
· Dental Care: 0
· Mental health: 1
· Questions:
· Conduct of healthcare staff: 1
· Delay in healthcare provided: 3
· Problems with medications: 1
· Request for appointment: 1
· Requests for medication refills:
· Medical charges: 6
· Requests for aids:
· Medical holds:
· Other: 3

10

## REVIEW OF CORIZON'S AUDIT FINDINGS CONCERNING PROVIDER ORDERS ISSUED IN CLINIC

| Balla Audit Tools: 24 | Frequency: | Review for: |
|---|---|---|
| Review of Corizon's Audit Findings | Monthly | IDOC Nurse Manager Monitor will review Corizon's CQI findings concerning Corizon CQI nurse review of 10% of charts for offenders seen in clinic by providers to review and ensure that orders are completed |

| | | | |
|---|---|---|---|
| 176 | Total number of Corizon audit findings reviewed by IDOC Nurse Monitor | | 20 |
| 177 | Number of IDOC findings consistent with Corizon audit results | 95% | 19 |

**Audit period:** 3/1/16 - 3/31/16

**Breakdown of line 177:** One medication was not faxed to pharmacy

11

# MENTAL HEALTH SERVICES

## RDU INTAKE MENTAL HEALTH SCREENINGS

| Balla Audit Tool: MH-01 | Frequency: | Reviewed for: |
|---|---|---|
| RDU intake Mental Health Screenings MH-01 | Monthly | Mental Health Clinical Supervisor will review 10% of intake screening forms to review for compliance with IDOC procedure and for appropriate clinical decision making |

| # | Description | % | Count |
|---|---|---|---|
| 1 | Total mental health screening forms audited | | 39 |
| 2 | Number completed upon arrival | 100% | 39 |
| 3 | Number completed in their entirety | 92% | 36 |
| 4 | Number that appeared clinically appropriate | 92% | 36 |
| 5 | Number of MH screening forms reviewed by a clinician within 24 hours of completion | 97% | 38 |
| 6 | Number of urgent or emergent issues requiring referral per Policy 315 | | 0 |
| 7 | Number of urgent or emergent referrals completed per Policy 315 | | 0 |
| 8 | Number indicating a need for MH follow up within 24 hours | | 7 |
| 9 | Number of 24 hour follow ups completed | 100% | 7 |
| 10 | Number indicating need for 14 day follow up by clinician | | 14 |
| 11 | Number of 14 day follow ups completed | 100% | 14 |
| 12 | Number indicating no need for follow up | | 18 |

**Audit period: 2/29/16 - 4/3/16**
**Breakdown of line 3:** 3 mental health screens were not completed in their entirety. All three screens were missing the time of the day that the screen was completed. The HSA and DON were notified.

**Breakdown of line 4:** 3 screens were found to not be clinically appropriate. The disposition of all three screens did not match the information provided in the screen. Further follow up shown that appropriate clinical care and follow up was given to all three of the offenders represented by these screens. The HSA and DON were notified.

**Breakdown of line 5:** 1 screen was found not to be reviewed within 24hrs by a clinician. It was reviewed within 48hrs of the offender arriving at the RDU. Further follow up shown that appropriate clinical care and follow up was given to this offender. The clinical supervisor was notified.

## MENTAL HEALTH TREATMENT - GENERAL POPULATION

| Balla Audit Tool: MH-02 | Frequency: | Review for: |
|---|---|---|
| Mental Health Treatment - GP - MH-02 | Monthly | IDOC Mental Health Clinical Supervisor will review a random 10% sample of offenders with a LOC in general population to review for compliance with IDOC procedure and for appropriate clinical judgment |

| # | Description | % | Count |
|---|---|---|---|
| 13 | Total mental health assessments audited | | 54 |
| 14 | Number of current MH assessments completed by clinician | 98% | 53 |
| 15 | Number of MH assessments that appear to reflect appropriate clinical judgment | 98% | 53 |
| 16 | Number of tx plans required to be completed by a clinician | | 10 |
| 17 | Number of tx plans completed by a clinician | 100% | 10 |
| 18 | Number of tx plans that appear to reflect appropriate clinical judgment | 100% | 10 |
| 19 | Number of tx plans required to be completed by a psychiatric provider | | 53 |
| 20 | Number of tx plans completed by psychiatric provider | 100% | 53 |
| 21 | Number of tx plans Including a referral for group therapy | | 6 |
| 22 | Number of tx plans Including a referral for individual therapy | | 0 |

**Audit period: 2/29/16 - 4/3/16**
**Breakdown of line 13.** The original sample for Mental Health Treatment –GP consisted of 54 offenders. It was found that 8 of these offender's files were not available for review due to no longer being assigned to ISCI. Additionally it was found that 2 offenders were on the sample twice. In all cases, these offenders names were replaced by offenders on a randomly selected backfill list. Breakdown of the files not available for review:
- 3 offenders were transferred to CAPP for programing.
- 1 offender has been released on parole to D4
- 1 offender was transferred to IMSI due his custody level
- 1 offender was transferred to ISCC due to meeting the housing matrix
- 1 offender was transferred to SAWC due to the offender's request
- 1 offender was transferred to NICI for rider programing

**Breakdown of line 14:** 1 of the 54 files audited shown that the mental health assessment was not present in the medical file. The assigned clinician completed the mental health assessment on 4/19/16.

**Breakdown of line 15:** Because 1 of the 54 files audited did not have a mental health assessment present, it was not possible to access appropriate clinical judgment for the missing mental health assessment.

## MENTAL HEALTH TREATMENT - BHU

| Balla Audit Tool: MH-03 | Frequency: | Review for: |
|---|---|---|
| Mental Health Treatment - BHU - MH-03 | Monthly | IDOC Mental Health Clinical Supervisor will review a random 10% sample of offenders with a LOC in BHU monthly to review for compliance with IDOC procedure and for appropriate clinical judgment |

| # | | | |
|---|---|---|---|
| 23 | Total mental health assessments audited | | 32 |
| 24 | Number of current MH assessments completed by clinician | 100% | 32 |
| 25 | Number of MH assessments that appear to reflect appropriate clinical judgment | 100% | 32 |

| # | | | |
|---|---|---|---|
| 26 | Number of tx plans required to be completed by a clinician | | 32 |
| 27 | Number of tx plans completed by a clinician | 100% | 32 |
| 28 | Number of tx plans that appear to reflect appropriate clinical judgment | 100% | 32 |
| 29 | Number of tx plans required to be completed by a psychiatric provider | | 30 |
| 30 | Number of tx plans completed by psychiatric provider | 100% | 30 |
| 31 | Number of tx plans Including a referral for group therapy | | 28 |
| 32 | Number of tx plans Including a referral for individual therapy | | 0 |

**Audit period: 2/29/16 - 4/3/16**

**Breakdown of line 23:**
The original sample for Mental Health Treatment – BHU consisted of 32 offenders. It was found that 1 of the offenders files were not available for review due to the offender no longer being housed at ISCI. This offender had been transferred to NICI to complete rider programing. It was also found that 1 other offender was on the sample twice. Both of these offenders names were replaced with names off of a randomly selected backfill list.

**Breakdown of line 30:**
2 offenders were not prescribed psychotropic medications therefore would not require a treatment plan completed by a psychiatric provider.

## MENTAL HEALTH GROUP THERAPY

| Balla Audit Tool: MH-04 | Frequency: | Review for: |
|---|---|---|
| Group Hours - BHU - MH-04 | Monthly | IDOC will generate a monthly group attendance report that includes the number of groups provided, the number of offenders served, and the total number of clinical group hours, IDOC will provide 20 hours of group therapy per week to the General Population |

| # | | |
|---|---|---|
| 33 | Total number of groups provided | 149 |
| 34 | Total number of offenders served by groups | 775 |
| 35 | Total group hours provided | 221 |

### Gen Pop Group Hours Per Week

| # | | |
|---|---|---|
| 36 | General population group hours week 1 | 13 |
| 37 | General population group hours week 2 | 19 |
| 38 | General population group hours week 3 | 17 |
| 39 | General population group hours week 4 | 19 |
| 40 | General population group hours week 5 (if applicable) | 19 |

**Audit period: 2/29/16 - 4/3/16**

**Breakdown of lines 36-40:**
Review of weekly group hours available in general population showed that only 19 hours of group was available for 3 weeks of the month, 17 for 1 week of the month, and 13 for 1 week of the month. Further review showed that during week 3 a clinician took a day of vacation and cancelled 1 two hour group. The group members were informed of the cancellation the week prior. The clinical supervisor and clinicians have been advised that there is to be a minimum of 20 hours of group therapy per week offered to the general population. It should also be noted that there are only 5 offenders on the wait list for groups in general population.

## SUICIDE RISK ASSESSMENT

| Balla Audit Tool: MH-05 Suicide Risk Assessment - MH-05 | Frequency: Monthly | Review for: Mental Health Clinical Supervisor will review the Suicide Risk Assessment Log on a monthly basis and compile data concerning the number of watches by type and average length of stay for each type of watch and will review all suicide risk assessments for the prior month to ensure each assessment included a subsequent treatment plan addressing the emergent / acute needs of the offender. |
|---|---|---|

| # | | |
|---|---|---|
| 41 | Total number of suicide watches | 32 |
| 42 | Total number of close observation | 14 |
| 43 | Average number of days on suicide watch | 1.8 |
| 44 | Average number of days on close observation | 1.9 |

**Audit period: 2/29/16 - 4/3/16**

| # | | | |
|---|---|---|---|
| 45 | Total number of SRA's completed | | 67 |
| 46 | Total number of SRA's identifying emergent / acute needs | | 2 |
| 47 | Total number of SRA tx plans completed identifying emergent / acute need | 100% | 2 |

## MENTAL HEALTH DOR RECOMMENDATIONS

| Balla Audit Tool: MH-06 DOR Recommendations - MH-06 | Frequency: Monthly | Review for: IDOC Mental Health Clinical Supervisor will review all DORs for the month to make sure clinicians completed DOR recommendations and that clinicians are exercising appropriate clinical judgment |
|---|---|---|

| # | | | |
|---|---|---|---|
| 48 | Total number of MH DOR recommendations completed | | 79 |
| 49 | Number with MH as a contributing factor | | 23 |
| 50 | Number of subsequent sanction recommendations | | 23 |
| 51 | Number of DOR recommendations that appear to reflect appropriate clinical judgment | 99% | 78 |

Breakdown of "Other Type of Recommendation":
  2 – Adherence with Behavioral Contract
  7 – Write apology letter
  2 – Recommended dismissal
  1 – Reduced restrictions
  3 – Work with assigned clinician regarding the issue
  1 – Evaluation prior to assignment to restricted housing
  1 – Review policy related to DOR
  1 – Recommendation was outside of clinician scope for recommendations

**Type of Recommendation Received:**

- Detention time served in the BHU: 1
- Credit for time served: 0
- Thinking Report: 7
- Cell Restriction on BHU: 0
- Unit Restriction on BHU: 0
- Compliance with Treatment Plan: 1
- Staff Assistant Recommended: 0
- Other type of recommendation: 18

**Audit period: 2/29/16 - 4/3/16**
**Breakdown of line 51:**
1 of the 23 DOR recommendations that required a subsequent sanction recommendation did not appear to reflect appropriate clinical judgment. Upon further review, it was found that the clinician made a recommendation that was outside the scope of practice for a clinician. This clinician has been counseled and received additional training by the clinical supervisor.

## PSYCHIATRIC 90 DAY REVIEW

| Balla Audit Tool: MH-07 Psychiatric 90 Day Review MH-07 | Frequency: Monthly | Review for: IDOC Mental Health Clinical Supervisor will randomly sample 10% of psychiatric 90 day review and treatment plans for timeliness of follow up. |
|---|---|---|

| | | | |
|---|---|---|---|
| 52 | Number of offenders on psychiatric backlog over 30 days | | 0 |
| 53 | Number of 90 day psychiatric notes required for past 12 months | | 181 |
| 54 | Number of 90 day psychiatric notes completed for past 12 months | 121% | 219 |
| 55 | Number of AIMS required for past 12 month | | 41 |
| 56 | Number of AIMS completed for past 12 months | 107% | 44 |
| 57 | Number of offenders w/ current information on psychiatric log | | 52 |

**Audit period:** 2/29/16 - 4/3/16

**Note for line 54 & 56:** Offenders who are prescribed psychotropic medications are required to see a psychiatric provider at a minimum of every 90 days. Offenders requiring a AIMS assessments are required at a minimum of every 6 months. However a psychiatric provider may schedule follow ups and assessments as clinically indicated.

**Breakdown of line 57:**
4 of the 56 offender files audited were not found on the psychiatric log. After further review, it was found that 2 of these offenders were in the RDU during the month of March therefore had not been placed on the psychiatric log. The HSA and DON were notified of the remaining 2 names. In all cases the offenders had been seen by a psychiatric provider in the past 90 days.

## QUARTERLY MENTAL HEALTH CONCERN FORMS

| Balla Audit Tool: MH-08 Concern Form Quarterly Review MH-08 | Frequency: IDOC Mental Health Clinical Supervisor reviews concern forms monthly, reports findings quarterly. | Review for: IDOC Mental Health Clinical Supervisor reviews 50 concern forms each quarter to determine the nature of the request, action taken, and the result. |
|---|---|---|

MH Quarterly Concern Form    1st Quarter: January - March  Reported in April by: Brian Lewis    50 MH Concern Forms Reviewed: Audit period:

| Request | Action Taken | Result |
|---|---|---|
| 13 Request for Clinician Appt | 12 – Appt scheduled with clinician<br>1- Encouraged to attend open clinic | 8 – appointment occurred<br>2- appointment not possible due to offender being transferred<br>1 – offender assigned new clinician due to transfer out of BHU to GP. Offender seen 9 days after originally schedule appointment<br>1 – no contact note indicating an appointment conducted. The responsible clinician is no longer at ISCI. |
| 6 Requests for Psych Appt | 3 – Encouraged to submit an HSR<br>3 – Appointments were scheduled | 3 – Information was given<br>3 – appointments occurred |
| 7 concern forms in which the offender provided information to the clinician regarding the offender's mental health treatment | 7 – Information was accepted by the clinician | 7-Information is used in course of treatment for the offender |
| 4 concern forms reporting housing concerns | 1 – Staffed with treatment team<br>1 – Encouraged to work with assigned clinician<br>2 – Encouraged to work with security staff | 1 – Offender continued to be housed in GP<br>1 – Information given on how seek out assigned mental health clinician<br>2- Information given on how to contact security staff regarding housing concerns |
| 1 Request for group therapy | 1 – Enrolled in group | 1 – confirmed that offender was enrolled in group |
| 4 requests to be removed from therapy group | 4 – offender was unenrolled in therapy group | 4 – confirmed that offender was unenrolled from therapy group. |
| 2 – Concerns regarding DOR | 1 – Encouraged to follow institutional rules<br>1- Encouraged to work with security personnel | 2 – Appropriate information was given. |
| 5 – Request therapeutic TV/Radio | 1 – Encouraged to buy off commissary<br>1 – Encouraged to work on other coping skills<br>1- Informed radios were not available at time of concern form<br>1- Informed that request for TV would be staffed with Clinical Supervisor<br>1- Request was granted | 3 – Clinician provided appropriate information<br>1- Clinician staffed request with CS.<br>1 – Offender was provided with therapeutic radio |
| 5 – Request information or policy | 2 – Offender encouraged to work with security to regarding specific policy<br>1- Encouraged to work with assigned case manager<br>1- Provided information; encouraged to utilize open clinic<br>1 – Encouraged to utilize the library | 5- Clinician provided appropriate information |
| 1 – Request for evaluation | 1- Encouraged to refer to previous concern form related to the same request | 1- Clinician provided appropriate information |
| 2 – Request to be assigned a different clinician | 2- Encouraged to work with assigned clinician to address issue | 2 – Clinician Supervisor will continue to monitor |

16

## OFFENDER COMPANION PROGRAM

| Balla Audit Tool: MH-09 | Frequency: | Review for: |
|---|---|---|
| Offender Companion Program Review - MH-09 | Monthly | The Psychiatric Treatment Coordinator will maintain a log containing name and IDOC number of each offender volunteer in program; the hire and training dates for the offender volunteer and the number of service hours provided by the offender volunteer. |

| # | Description | % | Count |
|---|---|---|---|
| 58 | Total number of offender companions in program | | 38 |
| 59 | Total number who required initial training | | 38 |
| 60 | Total number who have completed initial training | 100% | 38 |
| 61 | Total number who required shadow training | | 0 |
| 62 | Total Number who have completed shadow training | | 0 |
| 63 | Total number of offender companion monthly service hours | | 1489 |

Audit period: 2/29/16 - 4/3/16

Date MH Clinical Supervisor reviewed Suicide Companion Log: 4/2/16

Additional notes:
Breakdown of line 62:
No new offender companions were hired in March 2016

## SUICIDE PREVENTION TRAINING PROGRAM

| Balla Audit Tool: MH-10 | Frequency: | Review for: |
|---|---|---|
| Suicide Prevention Training MH-10 | | IDOC will provide ISCI staff with suicide training on a biannual basis. |

| # | Description | | |
|---|---|---|---|
| 64 | Number of staff members assigned to ISCI | | |
| 65 | Number who required initial suicide prevention training | | |
| 66 | Number who received initial suicide prevention training | | |
| 67 | Number who required refresher suicide prevention training | | |
| 68 | Number completed refresher suicide prevention training | | |
| 69 | Number of staff requiring supplemental training | | |
| 70 | Number who have completed supplemental training | | |

Notes:
Information will be provided at the MM

17