Case No: CV81-1165-S-BLW   Inmate Name: Alan Brandt
Date: 8/24/17   Inmate IDOC#: 16679
Document Title: Motion for Conflict of Counsel
Total Pages: 5   Inmate Initials Verifying Page Count: B
Document(s) 1 of 5

Alan Brandt
IDOC #16679
ISCI - Unit 11
P.O. Box 14
Boise, ID 83707

Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

WALTER D. BALLA, et al.,
   Plaintiffs

VS.

IDAHO STATE BOARD OF
CORRECTION, et al.,
   Defendants.

Case No.
CV81-1165-S-BLW

MOTION FOR
CONFLICT OF
COUNSEL

Comes Now Alan Brandt, Plaintiff Pro Se and requests this court to consider appointing plaintiff counsel regarding his medical issues that have not been adequately presented before this court regarding the Balla trial held on July 27 and 28, 2017.

MOTION FOR CONFLICT OF COUNSEL-1

This court is very much aware or should be aware that Brandt objected to attorney fees on his workload regarding the conflict that he had with Stoel Rives Law firm. See DKt. #697 And 656, and 695, 719, 736, 737.

This Court in its own order of December 18th, 2007 DKt# 724. Is greatly misinformed when making the comment "as a possible class representative" page 19 of order. First Brandt was served. Brandt Responded. Brandt informed Mr. Sinclair at ISCI, visiting room that he wanted to remain as a class representative. Brandt's $ Filings were never contradicted by Mr. Sinclair or any of Stoel Rives Law firm.

MOTION FOR CONFLICT OF COUNSEL-2

For Elijah Watkins to come out and visit Favon Lovelace regarding hepatitis and not Brandt regarding his medical issues. Especially when Brandt is an Original Balla Class member and put a lot of time and effort in the Balla case is evidence that the Law firm of Stoel Rives is partial because of Brandt objecting to attorney's fees on his workload from that firm.

Brandt petitions this Court for Conflict of Counsel to protect his medical issues that haven't been adequately voiced at the Balla trial of July 27, and 28, 2017

MOTION FOR CONFLICT OF COUNSEL - 3

Brandt sent a letter on January 19, 2017 requesting help from the Pro Bono Division and his dissatisfation with Balla class representative Barry Searcy and class counsel. See Document 1071, filed January 30, 2017. Nobody ever responded. This suggestion was from adequate legal counsel Nicole Hancock who formerly represented Balla class members.

DATED this 24 day of August 2017

_Alan Brandt_
Alan Brandt
Plaintiff Pro Se

MOTION FOR CONFLICT OF COUNSEL-4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of August 2017 I mailed via ISCI Resource Center a true and correct original and copies of MOTION FOR CONFLICT OF COUNSEL to the following:

Clerk of the Courts
U.S. Courts
550 W. Fort St 4th flr.
Boise, ID 83724

Lawrence G. Wasden
Att. Gen.
700 West Jefferson St
Boise, ID 83720

Elijah Watkins
Stoel Rives, LLP
101 Capitol Blvd
Boise, ID 83702

*Alan Brandt*
Alan Brandt
plaintiff Pro Se

MOTION FOR CONFLICT OF COUNSEL
CERTIFICATE OF SERVICE - 5