W. Christopher Pooser, ISB # 5525
E-mail: *wcpooser@stoel.com*
Wendy J. Olson, ISB No. 7634
E-mail: *wendy.olson@stoel.com*
Elijah M. Watkins, ISB # 8977
E-mail: *emwatkins@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone:  (208) 389-9000
Fax:  (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>             Defendants. | Case No. CV 81-1165-S-BLW<br><br>**JOINT STIPULATION FOR PLAINTIFFS' ATTORNEY FEES AND COSTS** |

Plaintiffs Walter D. Balla, et al. ("Plaintiffs") and Defendants Idaho State Board of Correction, et al. ("Defendants") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and move this Court for an Order awarding Plaintiffs costs and attorney fees in the amount of $168,239.08 for costs and fees incurred in pursuing the motion for order to show cause why Defendants should not be held in contempt (Dkt. 1090), payable no later than 30 days from the date of the Court's Order. A proposed order is submitted herewith.

**JOINT STIPULATION FOR PLAINTIFFS' REQUESTED INTERIM ATTORNEYS' FEES AND COSTS  -1**


Pursuant to District of Idaho Local Civil Rule 7.3, and the Court's order filed October 13, 2017 (Dkt. 1205 at 12-13), an order is jointly requested because, having fully met and conferred, the parties have reached a good faith settlement of $168,239.08.

WHEREFORE the parties respectfully request an Order awarding Plaintiffs $168,239.08 in costs and fees, to be paid no later than 30 days from the date of the Order.

DATED:  March 27, 2018.

>*/s/ W. Christopher Pooser*
>W. Christopher Pooser
>Wendy J. Olson
>Elijah M. Watkins
>
>Attorneys for Plaintiffs

DATED:   March 27, 2018.

>*/s/ Mark A. Kubinski*
>Mark A. Kubinski
>Colleen D. Zahn
>
>Attorneys for Defendants

**JOINT STIPULATION FOR PLAINTIFFS' ATTORNEY FEES AND COSTS - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I served a copy of the foregoing **JOINT STIPULATION FOR PLAINTIFFS' ATTORNEY FEES AND COSTS** on CM/ECF

Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mark A. Kubinski - *mkubinsk@idoc.idaho.gov*
Colleen D. Zahn - *colleen.zahn@ag.idaho.gov*


      /s/ W. Christopher Pooser
      W. Christopher Pooser

**JOINT STIPULATION FOR PLAINTIFFS' ATTORNEY FEES AND COSTS - 3**