UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>　　　　　　Defendants. | Case No. 1:81-cv-01165-BLW<br><br>**ORDER GRANTING JOINT STIPULATIONS** |

The Court has reviewed the Parties' (1) Joint Stipulation to Unseal the Affidavit of Kim Frashier, which was dated May 26, 2017 and filed May 27, 2017, and (2) Joint Stipulation for Plaintiffs' Attorneys' Fees and Costs. (Dkt. 1242, 1243.) Good cause appearing,

**IT IS ORDERED:**

1. The Clerk of Court is directed to unseal the Affidavit of Kim Frashier, found at Docket No. 1137.

2. Plaintiffs are awarded $168,239.08 in costs and fees, to be paid no later than 30 days from the date of this Order.

DATED: April 9, 2018

B. Lynn Winmill
Chief U.S. District Court Judge