**LAWRENCE G. WASDEN**
ATTORNEY GENERAL OF IDAHO

**MARK A. KUBINSKI, ISB # 5275**
Lead Counsel, Corrections Section
Deputy Attorney General
Idaho Department of Correction
1299 N. Orchard St., Suite 110
Boise, Idaho  83706
Telephone: (208) 658-2097
Facsimile:   (208) 327-7485
Email:  mkubinsk@idoc.idaho.gov

**COLLEEN D. ZAHN, ISB # 6208**
**BRIAN V. CHURCH, ISB #9391**
Deputy Attorneys General
Civil Litigation Division
954 W. Jefferson – 2nd Floor
PO Box 83720
Boise, Idaho  83720-0010
Telephone:  (208) 334-4137
Facsimile: (208) 854-8073
Email:  colleen.zahn@ag.idaho.gov
        brian.church@ag.idaho.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>IDAHO STATE BOARD OF CORRECTION, *et al.*,<br><br>               Defendants. | Case No.  CV 81-1165-S-BLW<br><br>**DEFENDANTS' MOTION TO FILE OVERLENGTH BRIEF** |

Defendants *Idaho State Board of Correction, et al*., by and their counsel of record, move the Court for permission to file an overlength memorandum, not to exceed 50 pages, in support

**DEFENDANTS'MOTION TO FILE OVERLENGTH BRIEF-1**

of Defendants' forthcoming Motion to Terminate Prospective Relief. Defendants respectfully request to file a memorandum in excess of the 20-page limit set forth in Dist. Idaho Loc. Civ. R. 7.1(a)(2). In order to fully and properly address the 38-year history of this case and the prospective relief to be terminated, Defendants require additional pages beyond the limit set forth in the local rule. Therefore, Defendants respectfully request that the Court grant this motion and permit them to file a supporting memorandum that does not exceed 50 pages.

DATED this 27th day of February, 2018.

                                                OFFICE OF THE ATTORNEY GENERAL
                                                STATE OF IDAHO

                                                BY    */s/ Colleen D. Zahn*
                                                    COLLEEN D. ZAHN
                                                    DEPUTY ATTORNEYS GENERAL

**DEFENDANTS' MOTION TO FILE OVERLENGTH BRIEF-2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons

W. Christopher Pooser
christopher.pooser@stoel.com

Elijah M. Watkins
elijah.watkins@stoel.com

Wendy J. Olson
Wendy.olsen@stoel.com

                                          */s/ Colleen D. Zahn*
                                          Colleen D. Zahn

**DEFENDANTS'MOTION TO FILE OVERLENGTH BRIEF-3**