W. Christopher Pooser, ISB # 5525
E-mail: *wcpooser@stoel.com*
Wendy J. Olson, ISB No. 7634
E-mail: *wendy.olson@stoel.com*
Elijah M. Watkins, ISB # 8977
E-mail: *emwatkins@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone: (208) 389-9000
Fax: (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>    Defendants. | Case No. CV 81-1165-S-BLW<br><br>**JOINT STIPULATION FOR ENTRY OF ORDER POSTPONING THE EFFECTIVE DATE OF AUTOMATIC STAY** |

Plaintiffs Walter D. Balla, et al. ("Plaintiffs") and Defendants Idaho State Board of Correction, et al. ("Defendants") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and move this Court for an Order pursuant to 18 U.S.C. § 3626(e)(3) postponing the effective date of the 30 day automatic stay of the Prison Litigation Reform Act for an additional 60 days, resulting in a total of 90 days from the date of Defendants' March 1, 2019 filing of its Motion to Terminate Prospective Relief (Dkt. 1257), or until May 30, 2019, for good cause shown.

**JOINT STIPULATION FOR ENTRY OF ORDER POSTPONING THE EFFECTIVE DATE OF AUTOMATIC STAY  -1**

An Order, in substantially the same form as the one provided to the Court concurrently herewith, is necessary to maintain the current injunctive and prospective relief so as to avoid possible harm to Plaintiffs while they prepare their response to Defendants' Motion to Terminate Prospective Relief.

WHEREFORE the parties respectfully request an Order postponing the effective date of automatic stay until May 30, 2019.

DATED:  March 13, 2019.

>   */s/ W. Christopher Pooser*
>   W. Christopher Pooser
>   Wendy J. Olson
>   Elijah M. Watkins
>
>   Attorneys for Plaintiffs

DATED:   March 13, 2019.

>   */s/ Mark A. Kubinski*
>   Mark A. Kubinski
>   Colleen D. Zahn
>
>   Attorneys for Defendants

**JOINT STIPULATION FOR ENTRY OF ORDER POSTPONING THE EFFECTIVE DATE OF AUTOMATIC STAY - 2**

100744832.1 0063811- 00006

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I served a copy of the foregoing **JOINT STIPULATION FOR ENTRY OF ORDER POSTPONING THE EFFECTIVE DATE OF AUTOMATIC STAY** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mark A. Kubinski - *mkubinsk@idoc.idaho.gov*
Colleen D. Zahn - *colleen.zahn@ag.idaho.gov*

      /s/ W. Christopher Pooser
     W. Christopher Pooser

**JOINT STIPULATION FOR ENTRY OF ORDER POSTPONING THE EFFECTIVE DATE OF AUTOMATIC STAY - 3**

100744832.1 0063811- 00006