**LAWRENCE G. WASDEN**
ATTORNEY GENERAL OF IDAHO

**MARK A. KUBINSKI, ISB # 5275**
Lead Counsel, Corrections Section
Deputy Attorney General
Idaho Department of Correction
1299 N. Orchard St., Suite 110
Boise, Idaho  83706
Telephone: (208) 658-2097
Facsimile:   (208) 327-7485
Email:  mkubinsk@idoc.idaho.gov

**COLLEEN D. ZAHN, ISB # 6208**
**BRIAN V. CHURCH, ISB # 9391**
Deputy Attorneys General
Civil Litigation Division
954 W. Jefferson – 2nd Floor
PO Box 83720
Boise, Idaho  83720-0010
Telephone:  (208) 334-4137
Facsimile: (208) 854-8073
Email:  colleen.zahn@ag.idaho.gov
Email:  brian.church@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, *et al.*, | ) |
| | ) Case No.  CV 81-1165-S-BLW |
| Plaintiffs, | ) |
| | ) **MOTION TO SEAL** |
| v. | ) |
| | ) |
| IDAHO STATE BOARD OF CORRECTION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

/ / /

/ / /

MOTION TO SEAL - 1

Under Local Civil Rule 5.3, Defendants move to seal the exhibits listed below. The exhibits listed below contained protected health information, and such information should remain confidential. Therefore, the Court should seal the following exhibits to the Declaration of Colleen D. Zahn in Opposition to Plaintiffs' Motion for Reconsideration (Dkt. 1267), which was filed on April 15, 2019, as Docket Entry 1271-1:

1. Exhibit G to the Declaration of Colleen D. Zahn in Opposition to Plaintiffs' Motion for Reconsideration (Dkt. 1267).

2. Exhibit H to the Declaration of Colleen D. Zahn in Opposition to Plaintiffs' Motion for Reconsideration (Dkt. 1267).

DATED this 15th day of April, 2019.

                                          */s/ Colleen D. Zahn*
                                          Colleen D. Zahn
                                          Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

W. Christopher Pooser
christopher.pooser@stoel.com

Elijah M. Watkins
elijah.watkins@stoel.com

Wendy J. Olson
wendy.olson@stoel.com

                                      */s/ Colleen D. Zahn*
                                      Colleen D. Zahn

MOTION TO SEAL - 3