W. Christopher Pooser, ISB No. 5525
E-mail: *christopher.pooser@stoel.com*
Elijah M. Watkins, ISB No. 8977
E-mail: *elijah.watkins@stoel.com*
Wendy J. Olson, ISB No. 7634
E-mail: *wendy.olson@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd, Ste 1900
Boise, ID 83702
Telephone:  (208) 389-9000
Fax:  (208) 389-9040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.,<br><br>　　　　　Defendants. | Case No. CV 81-1165-S-BLW<br><br>**PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE DECLARATION OF WENDY J. OLSON IN SUPPORT OF OPPOSITION TO MOTION TO TERMINATE (Dkt 1287)** |

COME NOW, Plaintiffs Walter D. Balla, et al., pursuant to Local Civil Rule 5.3, and move to seal the documents listed below.  The documents below have either been designated as "Attorneys' Eyes Only" by Defendants or otherwise contain confidential protected health or inmate information. Release of this information may violate the inmates' rights under the Health Insurance Portability and Accountability Act of 1996 and/or create a security concern for the Defendants.

Each of the documents listed below was filed on May 17, 2019, as exhibits to the unsealed Declaration of Wendy J. Olson in Support of Plaintiffs' Opposition to Defendants'

**PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE DECLARATION OF WENDY J. OLSON IN SUPPORT OF OPPOSITION TO MOTION TO TERMINATE (Dkt 1287)** - 1

101899685.1 0063811-00006

Motion to Terminate Prospective Relief (Dkt. 1257) and Request for Evidentiary Hearing (<u>Olson Declaration</u>), and in support of Dkt. 1286:

1. **Exhibit 7** to the Olson Declaration;
2. **Exhibit 8** to the Olson Declaration;
3. **Exhibit 9** to the Olson Declaration;
4. **Exhibit 11** to the Olson Declaration;
5. **Exhibit 12** to the Olson Declaration;
6. **Exhibit 13** to the Olson Declaration;
7. **Exhibit 15** to the Olson Declaration;
8. **Exhibit 16** to the Olson Declaration;
9. **Exhibit 23** to the Olson Declaration;
10. **Exhibit 25** to the Olson Declaration;
11. **Exhibit 26** to the Olson Declaration;
12. **Exhibit 27** to the Olson Declaration;
13. **Exhibit 28** to the Olson Declaration;
14. **Exhibit 29** to the Olson Declaration;
15. **Exhibit 30** to the Olson Declaration;
16. **Exhibit 31** to the Olson Declaration;
17. **Exhibit 33** to the Olson Declaration;
18. **Exhibit 34** to the Olson Declaration;
19. **Exhibit 35** to the Olson Declaration;
20. **Exhibit 36** to the Olson Declaration;
21. **Exhibit 37** to the Olson Declaration;

**PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE DECLARATION OF WENDY J. OLSON IN SUPPORT OF OPPOSITION TO MOTION TO TERMINATE (Dkt 1287)** - 2

101899685.1 0063811-00006

22. **Exhibit 38** to the Olson Declaration;

23. **Exhibit 39** to the Olson Declaration;

24. **Exhibit 41** to the Olson Declaration;

25. **Exhibit 42** to the Olson Declaration; and

26. **Exhibit 44** to the Olson Declaration.

DATED:  May 17, 2019.

                              STOEL RIVES LLP

                              */s/ Wendy J. Olson*
                              W. Christopher Pooser
                              Elijah M. Watkins
                              Wendy J. Olson
                              Attorneys for Plaintiffs

**PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE DECLARATION OF WENDY J. OLSON IN SUPPORT OF OPPOSITION TO MOTION TO TERMINATE (Dkt 1287)** - 3

101899685.1 0063811-00006

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I served a copy of the foregoing **PLAINTIFFS' MOTION TO SEAL EXHIBITS TO THE DECLARATION OF WENDY J. OLSON IN SUPPORT OF OPPOSITION TO MOTION TO TERMINATE (Dkt 1287)** on CM/ECF

Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mark A. Kubinski - mkubinsk@idoc.idaho.gov
Colleen D. Zahn - colleen.zahn@ag.idaho.gov
Brian V. Church – brian.church@ag.idaho.gov

> */s/ Wendy J. Olson*
> W. Christopher Pooser
> Elijah M. Watkins
> Wendy J. Olson