UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IDAHO STATE BOARD OF CORRECTION, et al., <br><br> Defendants. | Case No. 1:81-cv-01165-BLW <br><br> **ORDER** |

Class member Faron R. Hawkins has filed several pro se motions. **IT IS ORDERED:**

1. Mr. Hawkins's Motion to Issue Emergency Injunction for Medical Treatment and for Audit of Corizon and IDOC Records (Dkt. 1306) is DENIED.

2. Mr. Hawkins's Motion for Appointment of Master and for Order to Require Defendants to Meet Constitutional Requirements for Treatment and Established Federal Law (Dkt. 1308) is DENIED.

3. Mr. Hawkins's Motion for Temporary Restraining Order and for Injunctive Relief to Require Defendants to Provide Chronic Care Medical Treatment (Dkt. 1309) is DENIED.

ORDER - 1

4. Mr. Hawkins's Motion for Order Requiring Defendants to Treat Medical Issues (Dkt. 1310) is DENIED.

5. Unless otherwise permitted by subsequent Court order, all motions of class members must be filed through class counsel. Any motions filed in contravention of this order may be summarily denied, stricken, or returned to the moving party unfiled.

6. This order does not prohibit class members from filing their own, separate, individual civil rights actions.

DATED: November 5, 2019

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2