IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| WALTER D. BALLA, et al., | |
|---|---|
| Plaintiffs, | Case No. 1:81-CV-1165-BLW |
| v. | ORDER |
| IDAHO STATE BOARD OF CORRECTION, et al., | |
| Defendants. | |

The Court's staff held a mediation session with counsel on December 6, 2019, and pursuant to agreement of all counsel had the arguments relayed to the Court for resolution. The Court has decided to deny the plaintiffs' request to communicate with their inmate clients and to authorize inmate demonstrations of daily activities during a site visit of Units 9 & 13 for two reasons. First, the communications and demonstrations will create obvious security problems. Second, the communications and demonstrations are essentially an attempt to relitigate the population caps placed on Units 9 & 13, and both sides agree the present caps are not being violated. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the plaintiffs' request to communicate with their inmate clients and to authorize inmate demonstrations of daily activities during a site visit to Units 9 & 13 is DENIED.



DATED: December 9, 2019

_____
B. Lynn Winmill
United States District Judge