IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WALTER D. BALLA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>IDAHO STATE BOARD OF CORRECTION, et al.<br><br>Defendants. | Case No. 1:81-CV-1165-BLW<br><br>**JUDGMENT** |

In accordance with the Findings of Fact and Conclusions of Law filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for termination of prospective relief (docket no. 1257) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action be DISMISSED. The Clerk is directed to close this case.

DATED: May 30, 2020

B. Lynn Winmill
United States District Judge