**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WALTER D. BALLA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE OF IDAHO; et al., <br><br> Defendants - Appellees. | No. 20-35579 <br><br> D.C. No. 1:81-cv-01165-BLW <br> U.S. District Court for Idaho, Boise <br><br> **MANDATE** |
| WALTER D. BALLA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STATE OF IDAHO; et al., <br><br> Defendants - Appellants. | No. 20-35580 <br><br> D.C. No. 1:81-cv-01165-BLW <br> U.S. District Court for Idaho, Boise |

The judgment of this Court, entered March 22, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7